AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
MAR 21 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

United States of America
v.

RAUL HECTOR VASQUEZ-ROBLES

Defendant(s)

Case No. 2:25-mj- 55

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of February 27, 2025 in the county of city of Chesapeake in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry by Removed Alien |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Darryl J. Mitchell

_Complainant's signature_
ICE DO Ryan A. Hamilton
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 03/21/2025

City and state: Norfolk, Virginia

_Judge's signature_
Lawrence R. Leonard
United States Magistrate Judge
_Printed name and title_