## AFFIDAVIT IN SUPPORT OF APPLICATION FOR ARREST WARRANT



Your affiant, Ryan A. Hamilton, being duly sworn, deposes and states as follows:

1. Your affiant is a Deportation Officer with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), and has been so employed since August 2020. As a Deportation Officer with DHS-ICE, your affiant's duties include investigating criminal violations of the Immigration and Nationality Act at Title 8 of the United States Code, and seeking, when applicable, prosecution and removal of violators. From April 2023 to August 2024, your affiant was a Task Force Officer assigned to the Homeland Security Investigations (HSI) Border Enforcement Security Task Force (BEST), serving in the capacity as an investigator or law enforcement officer of the United States within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent who is engaged in enforcing the criminal laws and is within any category of officers authorized by the Attorney General to request a search warrant.

2. Your Affiant is currently assigned to the Norfolk ICE Office and has participated in numerous arrests, search warrants, controlled purchases, delivery of evidence, wiretaps and complex investigations that involve drug organizations and persons who have possessed and distributed controlled substances for financial gain. From August 2008 to July 2020, your affiant was employed as a Customs and Border Protection Officer assigned to several different duty stations. During that time, your affiant performed border searches and seized contraband related to smuggling and spent several years as an operator and eventually a team supervisor on the "Special Response Team," during which your affiant participated in the execution of arrest and search warrants. From October 2006 through August 2008, your affiant was employed by the City of Norfolk as a Police Officer, and, from May 1997 through October 2006, your affiant served in the United States Navy as an electronics technician.

3. Your affiant is currently participating in the investigation of the illegal re-entry of an alien into the United States. The alien has been identified as **Raul Hector VASQUEZ-ROBLES**, a native and citizen of Mexico. This affidavit is submitted in support of a criminal complaint and arrest warrant for **Raul Hector VASQUEZ-ROBLES** in relation to a violation of Title 8, United States Code, Section 1326(a), which reads, in relevant part:

> Any alien who has been . . . excluded, deported, or removed . . . and thereafter enters, attempts to enter, or is at any time found in . . . the United States . . . shall be fined . . . or imprisoned . . . or both.

### ESSENTIAL FACTS CONSTITUTING THE OFFENSES CHARGED

4. On or about February 2, 2025, **Raul Hector VASQUEZ-ROBLES** was detained at the Chesapeake City Jail in Chesapeake, Virginia, within the Eastern District of Virginia.

5. ICE performed records checks which confirmed that **Raul Hector VASQUEZ-ROBLES** (hereinafter "**VASQUEZ-ROBLES**") is a native and citizen of Mexico who was removed from the United States on or about February 7, 1999, at or near El Paso, Texas. **VASQUEZ-ROBLES** did not have legal authorization to reenter or remain in the United States.

6.    VASQUEZ-ROBLES was fingerprinted when arrested in Chesapeake and his fingerprints came back to a unique FBI number associated with VASQUEZ-ROBLES. Those fingerprints were then processed through ICE indices containing fingerprint records of known and previously deported aliens. This system is also integrated with the criminal records maintained by the FBI and is commonly referred to as Next Generation Identification (NGI). Results of this query showed positive matches to VASQUEZ-ROBLES and his unique FBI number. Specifically, the immigration record checks confirmed that VASQUEZ-ROBLES is a native and citizen of Mexico with an associated alien file.

7.    Your affiant also reviewed documents from VASQUEZ-ROBLES' aforementioned alien file maintained by U.S. Citizenship and Immigration Services. The documents revealed that VASQUEZ-ROBLES is a citizen and national of Mexico. As discussed above, the alien file was associated with VASQUEZ-ROBLES through, among other things, his unique FBI number. The file contained one previously executed Immigration Service Form I-205 "Warrant of Removal/Deportation," bearing VASQUEZ-ROBLES' photograph, fingerprint, and signature. These forms showed that VASQUEZ-ROBLES was removed from the United States on or about February 7, 1999, at or near El Paso, Texas.

8.    A check of immigration databases revealed that VASQUEZ-ROBLES has not obtained permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States following his formal removal. Moreover, the databases lack any evidence of any immigration benefit, document, or status that would allow him to legally enter, be admitted, pass through, or reside in the United States.

9.    On February 27, 2025, your affiant contacted VASQUEZ-ROBLES at the Chesapeake City Jail. Following *Miranda*, VASQUEZ-ROBLES admitted he is a native and citizen of Mexico. When shown his Form I-205 from 1999, VASQUEZ-ROBLES recognized the document, and identified the photograph, fingerprint and signature affixed thereto as his own. VASQUEZ-ROBLES admitted being sent back to Mexico in 1999 and subsequently reentering the United States, following the birth of his son in 2000.

## CONCLUSION

10.    Based on the foregoing, your affiant submits there is probable cause to believe that on or about February 27, 2025, at Chesapeake, Virginia, within the Eastern District of Virginia, **Raul Hector VASQUEZ-ROBLES**, an alien who was removed from the United States on or about February 7, 1999, at or near El Paso Texas, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

Ryan A. Hamilton
Deportation Officer
Immigration and Customs Enforcement

Sworn and subscribed to before me
On this 21st day of March 2025

United States Magistrate Judge
Norfolk, Virginia