| File No. | **15CR 054544** | Law Enforcement Case No. | | LID No. | SID No. | FBI No. | |

# WARRANT FOR ARREST

Offense
I M-SECOND DEGREE TRESPASS

## STATE OF NORTH CAROLINA

WAYNE ___ County    In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

Name And Address Of Defendant
HECTOR RAUL VAZQUEZ~~ROBLES~~

GOLDSBORO        NC      27534
WAYNE COUNTY

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully and willfully did without authorization enters and remains on premises of FORREST KNOLLS PROPERTIES, located at ___ GOLDSBORO NC, after having been notified not to enter or remain there by the owner ___

| Race | Sex | Date Of Birth | Age |
| | M | 1972 | |

| Social Security No./Tax ID No. | Drivers License No. & State |

Name Of Defendant's Employer

| Offense Code(s) | Offense In Violation Of G.S. |
| I 5709 | I 14-159.13 |

Date Of Offense
10/05/2015    through    10/19/2015
Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address Or Department)

LA GRANGE        NC      28551
LENOIR COUNTY
Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)

**GOVERNMENT EXHIBIT 1**
**2:25-mj-55**

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature | Location Of Court | Court Date |
| A. K. JONES | Wayne County Courthouse; 0003 | 11/10/2015 |
| [X] Magistrate  [ ] Deputy CSC | 224 E. WALNUT ST. ROOM 230 | Court Time |
| [ ] Assistant CSC  [ ] Clerk Of Superior Court | GOLDSBORO,NC 27530 | 1:30  [ ] AM [X] PM |

[ ] **Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan**  Date Issued 10/19/2015

(over)
**COURT COPY**

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the Warrant and any information obtained about the whereabouts of the defendant.

| District Attorney | ☐ Waived | Attorney For Defendant | ☐ Appointed | PRIOR CONVICTIONS: |
| | ☐ Not Indigent | | ☐ Retained | No./Level: ☐ 0 ☐ I (0) ___ ☐ II (1-4) ___ ☐ III (5+) |

**PLEA:** ☐ guilty  ☐ no contest _____  **VERDICT:** ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
  ☐ guilty  ☐ no contest _____    ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
  ☐ guilty  ☐ no contest _____    ☐ guilty _____ M.CL. ☐A1 ☐1 ☐2 ☐3
  ☐ not guilty _____    ☐ not guilty _____

**RETURN OF SERVICE**

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
| | | | |

☐ By arresting the defendant and bringing the defendant before:

*Name Of Judicial Official*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
| | |

*Department Or Agency Of Officer*

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is **ORDERED** that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DAC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. *(use form AOC-CR-602)]*
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
| $ | $ | $ | $ | $ |

**REDELIVERY/REISSUANCE**

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
| | | |

**RETURN FOLLOWING REDELIVERY/REISSUANCE**

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
| | | | |

☐ By arresting the defendant and bringing the defendant before:

*Name Of Judicial Official*

☐ This Warrant WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
| | |

*Department Or Agency Of Officer*

**APPEAL ENTRIES**

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
| | |

**WAIVER OF PROBABLE CAUSE HEARING**

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
| | |
| | Signature Of Attorney |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (Note To Clerk: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance)."

☐ 6.  complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7.  not be found in or on the premises of the complainant or _____
☐ 8.  not assault, communicate with or be in the presence of the complainant or _____
☐ 9.  provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
      ☐ case be consolidated for judgment with _____
      ☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is **ORDERED** that the Clerk deliver <u>two</u> certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ , and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
| | | |

**CERTIFICATION**

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | | ☐ Deputy CSC |
| | | | | ☐ Assist. CSC ☐ CSC |

AOC-CR-100, Side Two, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

*NOTE: If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DAC, use AOC-CR-602. If supervised probation, use AOC-CR-604.



| File No. 15CR 054544 | ☐ See Attachment | Law Enforcement Case No. WAYNE COUNTY SHERIFFS OFFICE | LID No. | SID No. | FBI No. | |
|---|---|---|---|---|---|---|

## ORDER FOR ARREST

# 16OFA125568

**Offense**
1 M-SECOND DEGREE TRESPASS

### THE STATE OF NORTH CAROLINA VS.

Name, Address & Telephone No. Of Defendant
HECTOR RAUL VAZQUEZROBLES

GOLDSBORO          NC      27534
WAYNE COUNTY

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| U | M | 1972 | |

Social Security No.

Drivers License No. & State

Name And Address Of Defendant's Employer

Date Defendant Failed To Appear
02/02/2016

| Amount Of Bond | Type Of Bond |
|---|---|
| $    $1,000.00 | SECURED |

**TRUE BILL OF INDICTMENT ONLY**
Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Offense Code          Offense In Violation Of G.S.

| Date Of Offense | Date Issued 02/02/2016 |
|---|---|

AOC-CR-217, Rev. 4/11
© 2011 Administrative Office of the Courts

---

## STATE OF NORTH CAROLINA
WAYNE _____ County

In The General Court Of Justice
[X] District ☐ Superior Court Division

To any officer with authority and jurisdiction to serve an Order For Arrest:
The Court finds that:

[X] 1. **FTA - RELEASE ORDER [G.S. 15A-305(b)(2)]**
the defendant has been arrested and released from custody and has failed on the date shown to appear as required by the Release Order.  [X] This is the defendant's second or subsequent failure to appear on these charges.

☐ 2. **FTA - CRIMINAL SUMMONS OR CITATION (Do not use for infraction.) [G.S. 15A-305(b)(3)]**
the defendant has failed on the date shown to appear as required by a duly executed Criminal Summons or by a Citation that charged the defendant with a misdemeanor.

☐ 3. **TRUE BILL OF INDICTMENT [G.S. 15A-305(b)(1)]**
a Grand Jury has returned a true bill of indictment against the defendant, a copy of which is attached.
[**Note To Arresting Officer:** If this option is checked, defendant must be fingerprinted. G.S. 15A-502(a).]

☐ 4. **FTA - SHOW CAUSE AFTER FTC [G.S. 15A-305(b)(8)]**
the defendant has failed on the date shown to appear as required in a Show Cause Order entered in this criminal proceeding.

☐ 5. **FTA - SHOW CAUSE ORDER IN ORIGINAL CRIMINAL JUDGMENT**
[G.S. 15A-305(b)(8); -1362(c); -1364(a)]
the defendant has failed by the date shown to pay a fine or costs or both as required by a judgment entered in this case and has also failed, as required upon such failure, to appear on that date and show cause why the defendant should not be imprisoned.

☐ 6. **PROBABLE CAUSE THAT DEFENDANT MAY FAIL TO APPEAR - CRIMINAL CONTEMPT**
[G.S. 15A-305(b)(9); 5A-16]
this Court has initiated plenary proceedings for contempt against the defendant under G.S. 5A-16, has issued a show cause order and finds probable cause to believe that the defendant will not appear as required in response to that order.

☐ 7. **PROBATION VIOLATION [G.S. 15A-305(b)(4); -1345(a)]**
the probation officer has provided the court with a written statement, signed by the probation officer, alleging that the defendant has violated specified conditions of the defendant's probation and a copy of the written statement is attached.

☐ 8. **Other:** (specify)

You are DIRECTED to take the defendant into custody and bring the defendant before a judicial official for the purpose of:
[X] determining conditions of release, and for commitment if the defendant is unable to comply.
☐ commitment since release of the defendant is not authorized.

| Signature TAMMY A OAKES | Location Of Court Wayne County Courthouse; 0003 | Court Date |
|---|---|---|
| ☐ Magistrate [X] Deputy CSC    ☐ DC Judge<br>☐ Asst. CSC  ☐ Clerk Of Superior Court    ☐ SC Judge | 224 E. WALNUT ST. ROOM 230<br>GOLDSBORO,NC 27530 | Court Time ☐ AM ☐ PM |

**COURT COPY** (over)

If this Order For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by his/her department in attempting to serve the order and any information obtained about the whereabouts of the defendant.

## RETURN OF SERVICE

I certify that this Order was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|
| | | | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Order WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| | |

Department Or Agency Of Officer

## REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Asst. CSC ☐ CSC |
|---|---|---|
| | | |

## RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Order was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|
| | | | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Order WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| | |

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.

☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|
| | |

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | |
| | Signature Of Attorney |

AOC-CR-217, Side Two, Rev. 4/11, © 2011 Administrative Office of the Courts

| File No. 15CR 003342 | ☐ See Attachment | Law Enforcement Case No. | | LID No. | SID No. | FBI No. | |

# ORDER FOR ARREST

# 15OFA1506722

**Offense**
I T-NO OPERATORS LICENSE

### THE STATE OF NORTH CAROLINA VS.

*Name, Address & Telephone No. Of Defendant*
HECTOR RAUL VAZQUEZROBLES

GOLDSBORO          NC      27534
WAYNE COUNTY
Alias I: HECTOR PAUL VAZQUEZ ROBLES

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| U | M | 1972 | |

| Social Security No. | Drivers License No. & State |
|---|---|

*Name And Address Of Defendant's Employer*

*Date Defendant Failed To Appear*
12/16/2015

| Amount Of Bond | Type Of Bond |
|---|---|
| $ | |

## TRUE BILL OF INDICTMENT ONLY
*Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)*

| Offense Code | Offense In Violation Of G.S. |
|---|---|

| Date Of Offense | Date Issued |
|---|---|
| | 12/16/2015 |

## STATE OF NORTH CAROLINA
WAYNE                    County

In The General Court Of Justice
☒ District   ☐ Superior Court Division

To any officer with authority and jurisdiction to serve an Order For Arrest:
The Court finds that:

☐ 1. **FTA - RELEASE ORDER [G.S. 15A-305(b)(2)]**
the defendant has been arrested and released from custody and has failed on the date shown to appear as required by the Release Order.   ☐ This is the defendant's second or subsequent failure to appear on these charges.

☒ 2. **FTA - CRIMINAL SUMMONS OR CITATION (Do not use for infraction.) [G.S. 15A-305(b)(3)]**
the defendant has failed on the date shown to appear as required by a duly executed Criminal Summons or by a Citation that charged the defendant with a misdemeanor.

☐ 3. **TRUE BILL OF INDICTMENT [G.S. 15A-305(b)(1)]**
a Grand Jury has returned a true bill of indictment against the defendant, a copy of which is attached.
**[Note To Arresting Officer:** *If this option is checked, defendant must be fingerprinted.  G.S. 15A-502(a).*]

☐ 4. **FTA - SHOW CAUSE AFTER FTC [G.S. 15A-305(b)(8)]**
the defendant has failed on the date shown to appear as required in a Show Cause Order entered in this criminal proceeding.

☐ 5. **FTA - SHOW CAUSE ORDER IN ORIGINAL CRIMINAL JUDGMENT**
[G.S. 15A-305(b)(8); -1362(c); -1364(a)]
the defendant has failed by the date shown to pay a fine or costs or both as required by a judgment entered in this case and has also failed, as required upon such failure, to appear on that date and show cause why the defendant should not be imprisoned.

☐ 6. **PROBABLE CAUSE THAT DEFENDANT MAY FAIL TO APPEAR - CRIMINAL CONTEMPT**
[G.S. 15A-305(b)(9); 5A-16]
this Court has initiated plenary proceedings for contempt against the defendant under G.S. 5A-16, has issued a show cause order and finds probable cause to believe that the defendant will not appear as required in response to that order.

☐ 7. **PROBATION VIOLATION  [G.S. 15A-305(b)(4); -1345(a)]**
the probation officer has provided the court with a written statement, signed by the probation officer, alleging that the defendant has violated specified conditions of the defendant's probation and a copy of the written statement is attached.

☐ 8. **Other:** *(specify)*

You are DIRECTED to take the defendant into custody and bring the defendant before a judicial official for the purpose of:
☒ determining conditions of release, and for commitment if the defendant is unable to comply.
☐ commitment since release of the defendant is not authorized.

| Signature | Location Of Court | Court Date |
|---|---|---|
| W K ROGERS | Wayne County Courthouse; 0003 | |
| ☐ Magistrate ☒ Deputy CSC   ☐ DC Judge | 224 E. WALNUT ST. ROOM 230 | Court Time |
| ☐ Asst. CSC ☐ Clerk Of Superior Court   ☐ SC Judge | GOLDSBORO,NC 27530 | ☐ AM  ☐ PM |

AOC-CR-217, Rev. 4/11
© 2011 Administrative Office of the Courts

**COURT COPY**
(over)

If this Order For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by his/her department in attempting to serve the order and any information obtained about the whereabouts of the defendant.

## RETURN OF SERVICE

I certify that this Order was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|
| | | | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Order WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| | |

Department Or Agency Of Officer

## REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Asst. CSC ☐ CSC |
|---|---|---|
| | | |

## RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Order was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|
| | | | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Order WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| | |

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.

☐ The current pretrial release order is modified as follows:
.

| Date | Signature Of District Court Judge |
|---|---|
| | |

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | |
| | Signature Of Attorney |

**C 34959337-1**

STATE OF NORTH CAROLINA _Wayne_ County

In The General Court Of Justice District Court Division

## MAGISTRATE'S ORDER - MISDEMEANOR ONLY

NOTE: (If DWI, use AOC-CR-342 (Rev) or AOC-CR-310 (Probation). If active sentence to DAIL, use AOC-CR-602. If suspended probation, use AOC-CH-604.) [DAIL]

The named defendant has been arrested without a warrant and there is probable cause for the defendant's arrest upon the stated charges. This Magistrate's Order is issued upon information furnished under oath by the named officer. A copy of this Order has been delivered to the defendant.

District Attorney

Attorney For Defendant At Time Of Trial Or Plea

**PLEA:** ☐ guilty/resp. ☐ no contest
☐ guilty/resp. ☐ no contest
☐ not guilty/resp.

**VERDICT:** ☐ guilty/resp.
**FINDING:** ☐ guilty/resp.
☐ not guilty/resp.

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict/finding, it is ORDERED that the defendant:

costs and a fine/penalty of $ _____ ☐ be imprisoned for a term of _____ days in custody of the sheriff. Pretrial credit _____ days served. ☐ The Court finds that the defendant: ☐ pay
☐ longer _____ shorter period of probation than specified in G.S. 15A-1343.2(d) is necessary. ☐ Execution of sentence is suspended and the defendant is placed on unsupervised ☐ supervised
probation for _____ months, subject to the regular conditions of probation and the following: ☐ (1) pay costs and a fine/penalty of $ _____. ☐ (2) not operate a motor vehicle
until properly licensed by DMV. ☐ (3) complete _____ hours of community service within _____ days and pay the fee; ☐ (4) Other:

☐ It is ORDERED that this: ☐ Judgment is continued upon payment of costs. ☐ case be consolidated for judgment with _____
sentence is to run at expiration of the sentence in _____. ☐ The Court finds just cause to waive costs as ordered on attached ☐ AOC-CR-618. ☐ Other:
☐ **COMMITMENT:** It is ORDERED that the Clerk deliver **two** certified copies of this Judgment and Commitment to the sheriff and that the cause the defendant be retained in
custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.
☐ The defendant in open court, gives notice of appeal to the Superior Court. ☐ The current pretrial release order is modified as follows:

Date                    Signature Of District Court Judge

COURT USE ONLY

Date

☐ Appointed
☐ Retained
☐ Waived

Signature Of Magistrate/Deputy/Assistant/CSC

**PRIOR CONVICTIONS:**

No./Level: 0 ☐ I (0)— ☐ II (1-4)— ☐ III (5+)

MISD. CLASS: ☐ A1 ☐ 1 ☐ 2 ☐ 3
MISD. CLASS: ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ I/VD

Date                    Signature Of Deputy/Assistant/CSC

☐ I certify that this Judgment is a true copy.

---

File No.  **15 CR 003342**

### NORTH CAROLINA UNIFORM CITATION

Defendant Is To Appear In District Court

Goldsboro #3                    N.C.

| Day Of Week | Month | Day | Year | Time | |
|---|---|---|---|---|---|
| Mon | 9 | 15 | | 9:00 | ☒ AM ☐ PM |

☒ DL ☐ DCI ☐ Other  # Of Chgs /  Interpreter Needed ☐ SP ☐ OTS ☐ ASL

### THE STATE OF NORTH CAROLINA VS.

Name Of Defendant
Hector Paul Vazquez Robles

Address

| City | State | Zip |
|---|---|---|
| Goldsboro | NC | 27534 |

| Drivers License No. | State | CDL | Class |
|---|---|---|---|
| | NC | | C |

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| H | M | | 72 |

Social Security No. Of Defendant         Telephone No.

| Vehicle License No. | State |
|---|---|
| 30 Day | NC |

| Vehicle Type | Trailer Type | CMV | Haz. Mat. | Make | Year |
|---|---|---|---|---|---|
| P-4 | | | | Chevy | 01 |

Name And Telephone No. Of Defendant's Employer

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

#### ACKNOWLEDGMENT/NONRESIDENT PERSONAL RECOGNIZANCE FOR APPEARANCE

I acknowledge receipt of this Citation ☐ and I promise to appear in the named court at the time and place designated herein to answer the charge(s). I understand that my failure to appear or to dispose of this Citation by other acceptable legal means, such as waiver, will result in my operator's license issued by my state of residence being suspended until I have done so. Also, I may go before a magistrate and make bail in lieu of my personal recognizance.

Date                    Signature Of Defendant

#### DEPARTMENTAL USE ONLY

| Officer | | No. | Troop | District |
|---|---|---|---|---|
| A | Keefer | 766 | B | 2 |

SHP Code ☐ N.C. Patrol
☒ Goldsboro _____ Police/Sheriff

| Area | Wea. | Vis. | Traffic | Accident | Speed |
|---|---|---|---|---|---|
| B | | | | | |

On Highway No./Street
US Hwy 70 E

In Vicinity/City Of         At/Near Intersection
Goldsboro         N Berkeley Blvd

| Wit. | Chemical Analyst | | ☐ AC |
|---|---|---|---|
| | | | ☐ Refused |

---

The undersigned officer has probable cause to believe that on or about
_165_ , _$10_ (a), (m), the _29_ day of _SEP_
_2015_ , in the named county, the named defendant did unlawfully and willfully operate a (motor) vehicle on a (street or highway) (public vehicular area)

☐ ☐ **1.** At a speed of _____ MPH in a _____ MPH ☐ zone. G.S. 20-141
**77.** ☐ work zone. G.S. 20-141(j2).    **88.** ☐ school zone. G.S. 20-141.1.
☐ **2.** In forward motion without having the provided seat belt properly fastened about the defendant's body. G.S. 20-135.2A.
☐ **3.** By transporting a passenger of less than 16 years of age without having the passenger in a (weight appropriate child passenger restraint system) (seat belt). G.S. 20-137.1.
☐ **4.** By transporting a child of less than five years of age and less than 40 pounds in weight without the child being secured in the rear seat, when the vehicle was equipped with an active passenger-side front air bag and the vehicle had a rear seat. G.S. 20-137.1(a1).
☐ **5.** While subject to an impairing substance. G.S. 20-138.1.
☒ **6.** Without being licensed as a driver by the Division of Motor Vehicles of North Carolina. G.S. 20-7(a).
☐ **7.** While the defendant's drivers license ☐ was revoked. G.S. 20-28(a).
**33.** ☐ was revoked and was originally revoked for an impaired driving revocation. G.S. 20-28(a2).
☐ **8.** While displaying an expired registration plate on the vehicle knowing the same to be expired. G.S. 20-111(2).
☐ **9.** Without (displaying thereon a current approved inspection certificate) (having a current electronic inspection authorization for the vehicle), such vehicle requiring inspection in North Carolina. G.S. 20-183.8. Month Expired: _____ .
☐ **10.** By failing to see before (starting) (stopping) (turning from a direct line) that such movement could be made in safety. G.S. 20-154.
☐ **11.** By failing to stop at a duly erected (stop sign) (flashing red light). G.S. 20-158(b)(1), (b)(3).
☐ **12.** By entering an intersection while a traffic signal was emitting a steady red circular light for traffic in defendant's direction of travel. G.S. 20-158(b)(2).
☐ **13.** Without having in full force and effect the financial responsibility required by G.S. 20-313. The defendant was the owner of the motor vehicle that was (registered) (required to be registered) in this State. G.S. 20-313.
☐ **14.** (Possess an open container of) (Consume) an alcoholic beverage in the passenger area of a motor vehicle. G.S. 20-138.7(a1). [NOTE: Strike "operate a (motor) vehicle" and "(public vehicular area)" above.]
☐ **15.** Without decreasing speed as necessary to avoid colliding with a (vehicle) (person). G.S. 20-141(m).
☐ **16.** _____

☐ ☐ **17.** And on or about the date and time shown above in the named county, the named defendant did unlawfully and willfully operate a (motor) vehicle on a (street or highway) (public vehicular area)

| Date | Signature Of Officer |
|---|---|
| 09/09/15 | |

---

AOC-CR-500, Rev. 12/13, © 2013 Administrative Office of the Courts

**ORIGINAL-COURT COPY**

| File No. 15CR 704592 | [X] See Attachment | Law Enforcement Case No. | LID No. | SID No. | FBI No. | |
|---|---|---|---|---|---|---|

## ORDER FOR ARREST
# 15OFA1480258

**Offense**
I T-DWLR IMPAIRED REV
II I-FAIL TO WEAR SEAT BELT-DRIVER

### THE STATE OF NORTH CAROLINA VS.
*Name, Address & Telephone No. Of Defendant*
HECTOR RAUL VAZQUEZROBLES

GOLDSBORO              NC         27534
WAYNE COUNTY

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| U | M | 1972 | |

| Social Security No. | Drivers License No. & State |
|---|---|

*Name And Address Of Defendant's Employer*

**Date Defendant Failed To Appear**
12/10/2015

| Amount Of Bond | Type Of Bond |
|---|---|
| $ | |

**TRUE BILL OF INDICTMENT ONLY**
*Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)*

| Offense Code | Offense In Violation Of G.S. |
|---|---|

| Date Of Offense | Date Issued 12/10/2015 |
|---|---|

---

### STATE OF NORTH CAROLINA
**WAYNE**                    In The General Court Of Justice
_____ County    [X] District  ☐ Superior Court Division

To any officer with authority and jurisdiction to serve an Order For Arrest:
The Court finds that:

☐ 1. FTA - RELEASE ORDER [G.S. 15A-305(b)(2)]
the defendant has been arrested and released from custody and has failed on the date shown to appear as required by the Release Order.  ☐ This is the defendant's second or subsequent failure to appear on these charges.

[X] 2. FTA - CRIMINAL SUMMONS OR CITATION (Do not use for infraction.) [G.S. 15A-305(b)(3)]
the defendant has failed on the date shown to appear as required by a duly executed Criminal Summons or by a Citation that charged the defendant with a misdemeanor.

☐ 3. TRUE BILL OF INDICTMENT [G.S. 15A-305(b)(1)]
a Grand Jury has returned a true bill of indictment against the defendant, a copy of which is attached.
[**Note To Arresting Officer:** *If this option is checked, defendant must be fingerprinted. G.S. 15A-502(a).*]

☐ 4. FTA - SHOW CAUSE AFTER FTC [G.S. 15A-305(b)(8)]
the defendant has failed on the date shown to appear as required in a Show Cause Order entered in this criminal proceeding.

☐ 5. FTA - SHOW CAUSE ORDER IN ORIGINAL CRIMINAL JUDGMENT
[G.S. 15A-305(b)(8); -1362(c); -1364(a)]
the defendant has failed by the date shown to pay a fine or costs or both as required by a judgment entered in this case and has also failed, as required upon such failure, to appear on that date and show cause why the defendant should not be imprisoned.

☐ 6. PROBABLE CAUSE THAT DEFENDANT MAY FAIL TO APPEAR - CRIMINAL CONTEMPT
[G.S. 15A-305(b)(9); 5A-16]
this Court has initiated plenary proceedings for contempt against the defendant under G.S. 5A-16, has issued a show cause order and finds probable cause to believe that the defendant will not appear as required in response to that order.

☐ 7. PROBATION VIOLATION [G.S. 15A-305(b)(4); -1345(a)]
the probation officer has provided the court with a written statement, signed by the probation officer, alleging that the defendant has violated specified conditions of the defendant's probation and a copy of the written statement is attached.

☐ 8. Other: *(specify)*

You are DIRECTED to take the defendant into custody and bring the defendant before a judicial official for the purpose of:
[X] determining conditions of release, and for commitment if the defendant is unable to comply.
☐ commitment since release of the defendant is not authorized.

| Signature W K ROGERS | Location Of Court Wayne County Courthouse; 0003 | Court Date |
|---|---|---|
| ☐ Magistrate [X] Deputy CSC   ☐ DC Judge<br>☐ Asst. CSC  ☐ Clerk Of Superior Court  ☐ SC Judge | 224 E. WALNUT ST. ROOM 230<br>GOLDSBORO,NC 27530 | Court Time ☐ AM  ☐ PM |

AOC-CR-217, Rev. 4/11
© 2011 Administrative Office of the Courts

**COURT COPY** (over)

If this Order For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by his/her department in attempting to serve the order and any information obtained about the whereabouts of the defendant.

## RETURN OF SERVICE

I certify that this Order was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|
| | | | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Order WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| | |

Department Or Agency Of Officer

## REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Asst. CSC ☐ CSC |
|---|---|---|
| | | |

## RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Order was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|
| | | | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Order WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| | |

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.

☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|
| | |

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | |
| | Signature Of Attorney |

AOC-CR-217, Side Two, Rev. 4/11, © 2011 Administrative Office of the Courts

# NORTH CAROLINA WARRANT REPOSITORY

| | |
|---|---|
| **WAYNE County** | File No.<br>15CR 704592 |
| | In The General Court Of Justice<br>☒ District ☐ Superior Court Division |

| Name Of Defendant | |
|---|---|
| HECTOR RAUL VAZQUEZROBLES | **RELATED CASES<br>ATTACHMENT SHEET** |

## ATTACHED TO PROCESS

| Process Type | Summary Of Process Details |
|---|---|
| **ORDER FOR ARREST**<br><br># 15OFA1480258 | FTA-CS OR CITATION<br>You are DIRECTED to take the defendant into custody and bring the defendant before a judicial official for the purpose of: determining conditions of release, and for commitment if the defendant is unable to comply. |

| Date Issued | Issued By | Location Of Court | Court Date |
|---|---|---|---|
| 2015-12-10 | W K ROGERS | Wayne County Courthouse; 0003<br>224 E. WALNUT ST. ROOM 230<br>GOLDSBORO,NC 27530 | |
| | Title<br>DEPUTY CLERK | | Court Time |

## 3 RELATED CASES

| File No. | Name and Address Of Defendant | Offense (Count) |
|---|---|---|
| 15CR 700713<br>CTTN | HECTOR RAUL VAZQUEZROBLES<br><br>GOLDSBORO, NC 27534 | I NO OPERATORS LICENSE (1) |
| 15CR 702990<br>CTTN | HECTOR RAUL VAZQUEZROBLES<br><br>GOLDSBORO, NC 27534 | I POSS OPN CNT/CONS ALC PSG AREA (1)<br>II NO OPERATORS LICENSE (1) |
| 15CR 704593<br>CTTN | HECTOR RAUL VAZQUEZROBLES<br><br>GOLDSBORO, NC 27534 | I HIT/RUN FAIL STOP PROP DAMAGE (1)<br>II RECKLESS DRVG-WANTON DISREGARD (1) |

## NORTH CAROLINA UNIFORM CITATION - COURT COPY

| | | | |
|---|---|---|---|
| STATE OF NORTH CAROLINA Wayne County District Court | File No. **2015CR 704592** | | **Citation No.** 9910F82 |

TO THE DEFENDANT NAMED BELOW: You have been charged with the misdemeanor(s) or infraction(s) specified below. Read this citation carefully.

### YOUR COURT DATE AND LOCATION

| Court Day | Date | Time | Court Location | Courtroom | Interpreter | Agency Case Number |
|---|---|---|---|---|---|---|
| Thu | 08/20/2015 | 09:00AM | GOLDSBORO | 0003 | | |

### THE STATE OF NORTH CAROLINA VS.

| Drivers License No. | State NC | Source DL | Name Of Defendant **VAZQUEZROBLES, HECTOR RAUL** | | | | Race Other |
|---|---|---|---|---|---|---|---|
| CDL No | Class CR | | Address | | | | Gender Male |
| Social Security No. | | | City GOLDSBORO | | State NC | Zip 27534 | Date Of Birth 1972 | Age 43 |

### CHARGING OFFICER INFORMATION

| Date 07/04/2015 | Signature Of Officer Trp. L E SCHERTZINGER | No. 2627 | Law Enforcement Agency STATE HIGHWAY PATROL | Troop/Squad C | District/Zone 2 |
|---|---|---|---|---|---|

### WHAT YOU ARE CHARGED WITH

The officer named below has probable cause to believe that on or about Saturday , the 04 day of July ,2015 at08:08PM in the county named above you did unlawfully and willfully

OPERATE A MOTOR VEHICLE ON A STREET OR HIGHWAY WHILE THE DEFENDANT'S DRIVERS LICENSE WAS REVOKED AND WAS ORIGINALLY REVOKED FOR AN IMPAIRED DRIVING REVOCATION. (G.S. 20-28(A))

and on or about Saturday , the 04 day of July ,2015 at08:08PM in the county named above you did unlawfully and willfully

OPERATE A MOTOR VEHICLE ON A STREET OR HIGHWAY IN FORWARD MOTION WITHOUT HAVING THE PROVIDED SEAT BELT PROPERLY FASTENED ABOUT THE DEFENDANT'S BODY WHILE THE DEFENDANT WAS THE DRIVER OF THE MOTOR VEHICLE. (G.S. 20-135.2A)

### YOUR VEHICLE

| Vehicle License No. WTW1881 | State VA | Trailer Type | CMV No | Vehicle Type Station Wagon (Passenger) | Vehicle Make Lincoln | Year 2000 | Haz. Mat. No |
|---|---|---|---|---|---|---|---|

### OTHER INFORMATION

| Area Open country | Weather Clear | Visibility Clear | Traffic Light | Accident No | Speed A 50 | On Highway No./Street RP 1959 |
|---|---|---|---|---|---|---|
| ☐ Injury or Serious Injury ☐ Passengers Under 16 | SHP Code 03 | In Vicinity/City Of GOLDSBORO | | | At/Near Intersection OT LAMM DR | |

### WITNESSES / OFFICER COMMENTS

| Witness #1 | Witness #2 | Witness #3 | DWI |
|---|---|---|---|
| | | | |

### COURT USE ONLY

| District Attorney | Attorney For Defendant At Time Of Trial Or Plea | ☐ Appointed ☐ Retained ☐ Waived | PRIOR CONVICTIONS No./Level 0 ☐ I (0) ☐ II (1-4) ☐ III (5+) |
|---|---|---|---|

PLEA: ☐ guilty/resp. ☐ no contest _____ VERDICT/ ☐ guilty/resp. _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty/resp. ☐ no contest _____ PENDING: ☐ guilty/resp. _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty/resp. _____ ☐ not guilty/resp. _____ ☐ V/D _____

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict/finding, it is ORDERED that the defendant:
☐ pay costs and a fine/penalty of $ _____. ☐ be imprisoned for a term of _____ days in custody of the sheriff. Pretrial credit _____ days served. ☐ The Court finds that a
☐ longer ☐ shorter period of probation than specified in G.S. 15A-1343.2(d) is necessary. ☐ Execution of sentence is suspended and the defendant is placed on unsupervised probation for
_____ months, subject to the regular conditions of probation and the following: ☐ (1) pay costs and a fine/penalty of $ _____. ☐ (2) not operate a motor vehicle until properly licensed by DMV.
☐ (3) complete _____ hours of community service within _____ days and pay the fee. ☐ (4) Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs. ☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____ ☐ The Court finds just cause to waive costs as ordered on attached ☐ AOC-CR-618. ☐ Other: _____
☐ COMMITMENT: It is ORDERED that the Clerk deliver two (2) certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.
☐ The defendant in open court gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows: _____

| Date | Signature Of District Court Judge | I certify that this Judgment is a true copy. | Date | Signature Of Deputy/Assistant/CSC |
|---|---|---|---|---|

AOC-CR-500 (eCITATION®), Rev. 12/12 (Structured Sentencing), © 2012 Administrative Office of the Courts

## NORTH CAROLINA UNIFORM CITATION - COURT COPY

| | | Citation No. |
|---|---|---|
| STATE OF NORTH CAROLINA Wayne County District Court    **File No. 2015CR 700713** | | 1789F02 |

TO THE DEFENDANT NAMED BELOW: You have been charged with the misdemeanor(s) or infraction(s) specified below. Read this citation carefully.

### YOUR COURT DATE AND LOCATION

| Court Day | Date | Time | Court Location | Courtroom | Interpreter | Agency Case Number |
|---|---|---|---|---|---|---|
| Fri | 03/20/2015 | 09:00AM | GOLDSBORO | ADMN | | |

### THE STATE OF NORTH CAROLINA VS.

| Drivers License No. | State | Source | Name Of Defendant | | Race |
|---|---|---|---|---|---|
| | NC | DL | **VAZQUEZROBLES, HECTOR RAUL** | | Other |
| CDL | Class | | Address | | Gender |
| No | CR | | | | Male |
| Social Security No. | | | City | State | Zip | Date Of Birth | Age |
| | | | GOLDSBORO | NC | 27534 | 1972 | 43 |

### CHARGING OFFICER INFORMATION

| Date | Signature Of Officer | No. | Law Enforcement Agency | Troop/Squad | District/Zone |
|---|---|---|---|---|---|
| 02/01/2015 | Dpty. T J COX | 8022 | WAYNE COUNTY SHERIFF | | |

### WHAT YOU ARE CHARGED WITH

The officer named below has probable cause to believe that on or about **Sunday**, the **01** day of **February**, **2015** at **01:31AM** in the county named above you did unlawfully and willfully

OPERATE A MOTOR VEHICLE ON A STREET OR HIGHWAY WITHOUT BEING LICENSED AS A DRIVER BY THE DIVISION OF MOTOR VEHICLES OF NORTH CAROLINA. (G.S. 20-7(A))

and on or about _____, the _____ day of _____, _____ at _____ in the county named above you did unlawfully and willfully

### YOUR VEHICLE

| Vehicle License No. | State | Trailer Type | CMV | Vehicle Type | Vehicle Make | Year | Haz. Mat. |
|---|---|---|---|---|---|---|---|
| WTW1881 | VA | | No | Station Wagon (Passenger) | Lincoln | 2000 | No |

### OTHER INFORMATION

| Area | Weather | Visibility | Traffic | Accident | Speed | On Highway No./Street |
|---|---|---|---|---|---|---|
| Residential | Clear | Clear | Light | No | | NC 111 |

| ☐ Injury or Serious Injury ☐ Passengers Under 16 | SHP Code | In Vicinity/City Of GOLDSBORO | At/Near Intersection SHERIDAN FOREST RD |
|---|---|---|---|

| WITNESSES | | | OFFICER COMMENTS |
|---|---|---|---|
| Witness #1 | Witness #2 | Witness #3 | INITIAL TRAFFIC STOP CONDUCTED FOR LICENSE PLATE LIGHTS INOP DURING THE HOURS OF DARKNESS |

### COURT USE ONLY

| District Attorney | Attorney For Defendant At Time Of Trial Or Plea | | PRIOR CONVICTIONS |
|---|---|---|---|
| | | ☐ Appointed ☐ Retained ☐ Waived | No./Level 0 ☐ I (0) ☐ II (1-4) ☐ III (5+) |

| PLEA: | ☐ guilty/resp. | ☐ no contest _____ VERDICT/ | ☐ guilty/resp. _____ | M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3 |
|---|---|---|---|---|
| | ☐ guilty/resp. | ☐ no contest _____ PENDING: | ☐ guilty/resp. _____ | M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3 |
| | ☐ not guilty/resp. | | ☐ not guilty/resp. _____ | ☐ V/D _____ |

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict/finding, it is ORDERED that the defendant:
☐ pay costs and a fine/penalty of $ _____ ☐ be imprisoned for a term of _____ days in custody of the sheriff. Pretrial credit _____ days served. ☐ The Court finds that a
☐ longer ☐ shorter period of probation than specified in G.S. 15A-1343.2(d) is necessary. ☐ Execution of sentence is suspended and the defendant is placed on unsupervised probation for _____ months, subject to the regular conditions of probation and the following: ☐ (1) pay costs and a fine/penalty of $ _____ . ☐ (2) not operate a motor vehicle until properly licensed by DMV.
☐ (3) complete _____ hours of community service within _____ days and pay the fee. ☐ (4) Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs. ☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____ The Court finds just cause to waive costs as ordered on attached ☐ AOC-CR-618. ☐ Other: _____ .
COMMITMENT: It is ORDERED that the Clerk deliver two (2) certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.
☐ The defendant in open court gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows: _____ .

| Date | Signature Of District Court Judge | I certify that this Judgment is a true copy. | Date | Signature Of Deputy/Assistant/CSC |
|---|---|---|---|---|
| | | | | |

AOC-CR-500 (eCITATION®), Rev. 12/12 (Structured Sentencing), © 2012 Administrative Office of the Courts

## NORTH CAROLINA UNIFORM CITATION - COURT COPY

| STATE OF NORTH CAROLINA Wayne County District Court File No. 2015CR 702990 | Citation No. 8198F63 |
|---|---|

TO THE DEFENDANT NAMED BELOW: You have been charged with the misdemeanor(s) or infraction(s) specified below. Read this citation carefully.

### YOUR COURT DATE AND LOCATION

| Court Day | Date | Time | Court Location | Courtroom | Interpreter | Agency Case Number |
|---|---|---|---|---|---|---|
| Fri | 07/17/2015 | 10:00AM | GOLDSBORO | ADM2 | | |

### THE STATE OF NORTH CAROLINA VS.

| Drivers License No. | State NC | Source DL | Name Of Defendant VAZQUEZROBLES, HECTOR RAUL | | Race Other |
|---|---|---|---|---|---|
| CDL No | Class CR | | Address | | Gender Male |
| Social Security No. | | | City GOLDSBORO | State NC | Zip 27534 | Date Of Birth 1972 | Age 43 |

### CHARGING OFFICER INFORMATION

| Date. 05/14/2015 | Signature Of Officer Dpty. J J BORGQUIST | 8121 | Law Enforcement Agency WAYNE COUNTY SHERIFF | Troop/Squad | District/Zone |
|---|---|---|---|---|---|

### WHAT YOU ARE CHARGED WITH

The officer named below has probable cause to believe that on or about Thursday , the 14 day of May ,2015 at 11:30PM in the county named above you did unlawfully and willfully

OPERATE A MOTOR VEHICLE ON A STREET OR HIGHWAY WITHOUT BEING LICENSED AS A DRIVER BY THE DIVISION OF MOTOR VEHICLES OF NORTH CAROLINA. (G.S. 20-7(A))

and on or about Thursday , the 14 day of May ,2015 at 11:30PM in the county named above you did unlawfully and willfully

CONSUME AN ALCOHOLIC BEVERAGE IN THE PASSENGER AREA OF A MOTOR VEHICLE ON A STREET OR HIGHWAY. (G.S. 20-138.7(A1))

### YOUR VEHICLE

| Vehicle License No. WTW1881 | State VA | Trailer Type | CMV No | Vehicle Type Station Wagon (Passenger) | Vehicle Make Lincoln | Year 2000 | Haz. Mat. No |
|---|---|---|---|---|---|---|---|

### OTHER INFORMATION

| Area Residential | Weather Clear | Visibility Clear | Traffic Light | Accident No | Speed | On Highway No./Street OT NEW HOPE RD |
|---|---|---|---|---|---|---|
| ☐ Injury or Serious Injury ☐ Passengers Under 16 | SHP Code | In Vicinity/City Of GOLDSBORO | | | At/Near Intersection MILLER CHAPEL RD | |

### WITNESSES

| Witness #1 | Witness #2 | Witness #3 | OFFICER COMMENTS |
|---|---|---|---|
| | | | |

### COURT USE ONLY

| District Attorney | Attorney For Defendant At Time Of Trial Or Plea | ☐ Appointed ☐ Retained ☐ Waived | PRIOR CONVICTIONS |
|---|---|---|---|

No./Level 0 ☐ I (0) ☐ II (1-4) ☐ III (5+)

PLEA: ☐ guilty/resp.    ☐ no contest _____    VERDICT/    ☐ guilty/resp. _____    M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty/resp.    ☐ no contest _____    PENDING:    ☐ guilty/resp. _____    M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty/resp. _____    ☐ not guilty/resp. _____    ☐ V/D _____

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict/finding, it is ORDERED that the defendant:
☐ pay costs and a fine/penalty of $ _____ ☐ be imprisoned for a term of _____ days in custody of the sheriff. Pretrial credit _____ days served. ☐ The Court finds that a
☐ longer ☐ shorter period of probation than specified in G.S. 15A-1343.2(d) is necessary. ☐ Execution of sentence is suspended and the defendant is placed on unsupervised probation for
_____ months, subject to the regular conditions of probation and the following: ☐ (1) pay costs and a fine/penalty of $ _____ . ☐ (2) not operate a motor vehicle until properly licensed by DMV.
☐ (3) complete _____ hours of community service within _____ days and pay the fee. ☐ (4) Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs. ☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____ ☐ The Court finds just cause to waive costs as ordered on attached ☐ AOC-CR-618. ☐ Other: _____ .
COMMITMENT: It is ORDERED that the Clerk deliver two (2) certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve
the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.
☐ The defendant in open court gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows: _____

| Date | Signature Of District Court Judge | I certify that this Judgment is a true copy. | Date | Signature Of Deputy/Assistant/CSC |
|---|---|---|---|---|

## NORTH CAROLINA UNIFORM CITATION - COURT COPY

| | | | Citation No. |
|---|---|---|---|
| STATE OF NORTH CAROLINA Wayne | County District Court | File No. 2015CR 704593 | 9910F83 |

**TO THE DEFENDANT NAMED BELOW:** You have been charged with the misdemeanor(s) or infraction(s) specified below. Read this citation carefully.

### YOUR COURT DATE AND LOCATION

| Court Day | Date | Time | Court Location | Courtroom | Interpreter | Agency Case Number |
|---|---|---|---|---|---|---|
| Thu | 08/20/2015 | 09:00AM | GOLDSBORO | 0003 | | |

### THE STATE OF NORTH CAROLINA VS.

| Drivers License No. | State | Source | Name Of Defendant | | Race |
|---|---|---|---|---|---|
| | NC | DL | VAZQUEZROBLES, HECTOR RAUL | | Other |
| CDL | Class | | Address | | Gender |
| No | CR | | | | Male |
| Social Security No. | | | City | State | Zip | Date Of Birth | Age |
| | | | GOLDSBORO | NC | 27534 | 1972 | 43 |

### CHARGING OFFICER INFORMATION

| Date | Signature Of Officer | No. | Law Enforcement Agency | Troop/Squad | District/Zone |
|---|---|---|---|---|---|
| 07/04/2015 | Trp. L E SCHERTZINGER | 2627 | STATE HIGHWAY PATROL | C | 2 |

### WHAT YOU ARE CHARGED WITH

The officer named below has probable cause to believe that on or about Saturday , the 04 day of July , 2015 at 08:08PM
in the county named above you did unlawfully and willfully
CARELESSLY AND HEEDLESSLY IN WILLFUL AND WANTON DISREGARD OF THE RIGHTS AND SAFETY OF OTHERS. (G.S. 20-140(A))

and on or about Saturday , the 04 day of July , 2015 at 08:08PM in the county named above you did unlawfully and willfully
FAIL TO IMMEDIATELY STOP THE VEHICLE THE DEFENDANT WAS DRIVING AT THE SCENE OF AN ACCIDENT AND COLLISION IN WHICH THE DEFENDANT WAS INVOLVED. THIS ACCIDENT AND COLLISION OCCURRED (RP1959 232 ) AND RESULTED IN (MAIL BOX ) TO (JOHN F ) THAT THE DEFENDANT DID NOT KNOW AND DID NOT HAVE REASON TO KNOW OF). THE DEFENDANT KNEW AND REASONABLY SHOULD HAVE KNOWN THAT THE VEHICLE WHICH THE DEFENDANT WAS OPERATING WAS INVOLVED IN THE ACCIDENT AND COLLISION. (G.S. 20-166(C))

### YOUR VEHICLE

| Vehicle License No. | State | Trailer Type | CMV | Vehicle Type | Vehicle Make | Year | Haz. Mat. |
|---|---|---|---|---|---|---|---|
| WTW1881 | VA | | No | Station Wagon (Passenger) | Lincoln | 2000 | No |

### OTHER INFORMATION

| Area | Weather | Visibility | Traffic | Accident | Speed | On Highway No./Street |
|---|---|---|---|---|---|---|
| Open country | Clear | Clear | Light | No | A 50 | RP 1959 |

| Injury or Serious Injury | SHP Code | In Vicinity/City Of | At/Near Intersection |
|---|---|---|---|
| Passengers Under 16 | 03 | GOLDSBORO | OT LAMM DR |

### WITNESSES / OFFICER COMMENTS

| Witness #1 | Witness #2 | Witness #3 | DWI |
|---|---|---|---|
| | | | |

### COURT USE ONLY

| District Attorney | Attorney For Defendant At Time Of Trial Or Plea | | PRIOR CONVICTIONS |
|---|---|---|---|
| | | Appointed | No./Level: 0 ☐ I (0) ☐ II (1-4) ☐ III (5+) |
| | | Retained ☐ Waived | |

PLEA: ☐ guilty/resp. ☐ no contest _____ VERDICT: ☐ guilty/resp. _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty/resp. ☐ no contest _____ PENDING: ☐ guilty/resp. _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty/resp. _____ ☐ not guilty/resp. _____ ☐ V/D _____

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict/finding, it is ORDERED that the defendant:
☐ pay costs and a fine/penalty of $ _____ ☐ be imprisoned for a term of _____ days in custody of the sheriff. Pretrial credit _____ days served. ☐ The Court finds that a
☐ longer ☐ shorter period of probation than specified in G.S. 15A-1343.2(d) is necessary. ☐ Execution of sentence is suspended and the defendant is placed on unsupervised probation for
_____ months, subject to the regular conditions of probation and the following: ☐ (1) pay costs and a fine/penalty of $ _____ . ☐ (2) not operate a motor vehicle until properly licensed by DMV.
☐ (3) complete _____ hours of community service within _____ days and pay the fee. ☐ (4) Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs. ☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____ ☐ The Court finds just cause to waive costs as ordered on attached ☐ AOC-CR-618. ☐ Other: _____
☐ COMMITMENT: It is ORDERED that the Clerk deliver two (2) certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve
the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.
☐ The defendant in open court gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows: _____

| Date | Signature Of District Court Judge | I certify that this Judgment is a true copy. | Date | Signature Of Deputy/Assistant/CSC |
|---|---|---|---|---|
| | | | | |

AOC-CR-500 (eCITATION®), Rev. 12/12 (Structured Sentencing), © 2012 Administrative Office of the Courts

| File No. **15CR 051922** | ☐ See Attachment | Law Enforcement Case No. | LID No. | SID No. | FBI No. | |
|---|---|---|---|---|---|---|
| | | WAYNE COUNTY SHERIFFS OFFICE | | | | |

**ORDER FOR ARREST**

# 15OFA1480240

Offense
**I T-DRIVING WHILE IMPAIRED**

**THE STATE OF NORTH CAROLINA VS.**

Name, Address & Telephone No. Of Defendant
**HECTOR RAUL VASQUEZ-ROBLES**

**GOLDSBORO**          **NC**     **27530**
**WAYNE COUNTY**

| Race U | Sex M | Date Of Birth 1972 | Age |
|---|---|---|---|

Social Security No.

Drivers License No. & State

Name And Address Of Defendant's Employer

Date Defendant Failed To Appear
**12/10/2015**

| Amount Of Bond $ **$2,000.00** | Type Of Bond **SECURED** |
|---|---|

**TRUE BILL OF INDICTMENT ONLY**
Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Offense Code

Offense In Violation Of G.S.

| Date Of Offense | Date Issued **12/10/2015** |
|---|---|

AOC-CR-217, Rev. 4/11
© 2011 Administrative Office of the Courts

**STATE OF NORTH CAROLINA**     In The General Court Of Justice
**WAYNE**     County   ☒ District  ☐ Superior Court Division

To any officer with authority and jurisdiction to serve an Order For Arrest:
The Court finds that:

☒ 1. FTA - RELEASE ORDER [G.S. 15A-305(b)(2)]
the defendant has been arrested and released from custody and has failed on the date shown to appear as required by the Release Order.   ☐ This is the defendant's second or subsequent failure to appear on these charges.

☐ 2. FTA - CRIMINAL SUMMONS OR CITATION (Do not use for infraction.)  [G.S. 15A-305(b)(3)]
the defendant has failed on the date shown to appear as required by a duly executed Criminal Summons or by a Citation that charged the defendant with a misdemeanor.

☐ 3. TRUE BILL OF INDICTMENT [G.S. 15A-305(b)(1)]
a Grand Jury has returned a true bill of indictment against the defendant, a copy of which is attached.
[**Note To Arresting Officer:** If this option is checked, defendant must be fingerprinted.  G.S. 15A-502(a).]

☐ 4. FTA - SHOW CAUSE AFTER FTC [G.S. 15A-305(b)(8)]
the defendant has failed on the date shown to appear as required in a Show Cause Order entered in this criminal proceeding.

☐ 5. FTA - SHOW CAUSE ORDER IN ORIGINAL CRIMINAL JUDGMENT
[G.S. 15A-305(b)(8); -1362(c); -1364(a)]
the defendant has failed by the date shown to pay a fine or costs or both as required by a judgment entered in this case and has also failed, as required upon such failure, to appear on that date and show cause why the defendant should not be imprisoned.

☐ 6. PROBABLE CAUSE THAT DEFENDANT MAY FAIL TO APPEAR - CRIMINAL CONTEMPT
[G.S. 15A-305(b)(9); 5A-16]
this Court has initiated plenary proceedings for contempt against the defendant under G.S. 5A-16, has issued a show cause order and finds probable cause to believe that the defendant will not appear as required in response to that order.

☐ 7. PROBATION VIOLATION  [G.S. 15A-305(b)(4); -1345(a)]
the probation officer has provided the court with a written statement, signed by the probation officer, alleging that the defendant has violated specified conditions of the defendant's probation and a copy of the written statement is attached.

☐ 8. Other: (specify)

You are DIRECTED to take the defendant into custody and bring the defendant before a judicial official for the purpose of:
☒ determining conditions of release, and for commitment if the defendant is unable to comply.
☐ commitment since release of the defendant is not authorized.

| Signature **W K ROGERS** | Location Of Court **Wayne County Courthouse; 0003** | Court Date |
|---|---|---|
| ☐ Magistrate ☒ Deputy CSC  ☐ DC Judge
☐ Asst. CSC ☐ Clerk Of Superior Court  ☐ SC Judge | 224 E. WALNUT ST. ROOM 230
GOLDSBORO,NC 27530 | Court Time ☐ AM ☐ PM |

**COURT COPY**
(over)

If this Order For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by his/her department in attempting to serve the order and any information obtained about the whereabouts of the defendant.

| RETURN OF SERVICE | | | | |
|---|---|---|---|---|

I certify that this Order was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Order WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

| REDELIVERY/REISSUANCE | | |
|---|---|---|

| Date | Signature | ☐ Dep. CSC ☐ Asst. CSC ☐ CSC |
|---|---|---|

| RETURN FOLLOWING REDELIVERY/REISSUANCE | | | |
|---|---|---|---|

I certify that this Order was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Order WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

| APPEAL ENTRIES | |
|---|---|

☐ The defendant, in open court, gives notice of appeal to the Superior Court.

☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

| WAIVER OF PROBABLE CAUSE HEARING | |
|---|---|

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

AOC-CR-217, Side Two, Rev. 4/11, © 2011 Administrative Office of the Courts

**In The General Court Of Justice District Court Division**

NOTE: (I) LWW, USB, ADLC-LDS-342 (ROWE) OF ALCO-LDS-OR-OZ-01 (INMARSAT), IS STATE REVENUE, IS STATE-DESIGNED AT OFFICE:

The named defendant has been arrested without a warrant and there is probable cause for the defendant's detention on the stated charges. The State's Order is issued on information furnished under oath by the named officer. A copy of this Order has been delivered to the defendant.

**MAGISTRATE'S ORDER - MISDEMEANOR ONLY**

Signature Of Magistrate/Deputy/Assistant CSC

Date _5/15/205_

**COURT USE ONLY**

PLEA:
- ☐ guilty/resp. ☐ no contest
- ☐ guilty/resp. ☐ no contest
- ☐ not guilty/resp.

VERDICT/ ☐ guilty/resp.
FINDING: ☐ guilty/resp.
☐ not guilty/resp.

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict/finding, it is ORDERED that the defendant: ☐ pay
costs and a fine/penalty of $_____ ☐ be imprisoned for a term of _____ days served. ☐ The Court finds that a
☐ longer ☐ shorter period of probation than specified in G.S. 15A-1343.2(d) is necessary. ☐ Execution of sentence is suspended and the defendant is placed on unsupervised
probation for _____ months, subject to the regular conditions of probation and the following: ☐ (2) not operate a motor vehicle
until properly licensed by DMV; ☐ (3) complete _____ hours of community service within _____ ☐ (1) pay costs and a fine/penalty of $
_____ days and pay the fee; ☐ (4) Other:

It is ORDERED that this: ☐ Judgment is continued upon payment of costs. ☐ case be consolidated for judgment with _____. ☐ The Court finds just cause to waive costs.

COMMITMENT: It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in
custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.
☐ The defendant in open court, gives notice of appeal to the Superior Court. ☐ The current pretrial release order is modified as follows:

Appointed ☐
Retained ☐
Waived ☐

Attorney For Defendant At Time Of Trial Or Plea

District Attorney

Signature Of District Court Judge

Date

PRIOR CONVICTIONS:
No./Level: 0 ☐ I (0) ☐ II (1-4) ☐ III (5+)
MISD. CLASS: ☐ 1 ☐ A1 ☐ 2 ☐ 3
MISD. CLASS: ☐ 1 ☐ A1 ☐ 2 ☐ 3
☐ V/D

Signature Of Deputy/Assistant/CSC

I certify that this Judgment is a true copy.

---

| File No. | 15CR57922 |
|---|---|

**NORTH CAROLINA UNIFORM CITATION**

Defendant Is To Appear In District Court
Goldsboro    #3    N.C.

| Day Of Week | Month | Day | Year | Time | |
|---|---|---|---|---|---|
| Thursday | 6 | 18 | 15 | 9:00 | ☑ AM ☐ PM |

☐ D.L. ☐ D.C.I. ☑ Other    No. Of Charges 1

**THE STATE OF NORTH CAROLINA VS.**

Name Of Defendant
Hector Raul Vasquez-Robles

Address

City    State    Zip
Goldsboro    NC    27530

Drivers License No.    State    CDL    Class
N/A    —    —    —

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | 72 | 43 |

Social Security No. Of Defendant

Vehicle License No.    State
WTW-1881    VA

Vehicle Type    Trailer Type    CMV    Haz. Mat.    Make    Year
SWT    —    —    —    LINC    00

Name And Telephone No. Of Defendant's Employer

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

**ACKNOWLEDGMENT/NONRESIDENT PERSONAL RECOGNIZANCE FOR APPEARANCE**

I acknowledge receipt of this Citation ☐ and I promise to appear in the named court at
the time and place designated herein to answer the charge(s). I understand that my
failure to appear or to dispose of this Citation by other acceptable legal means, such as
waiver, will result in my operator's license being issued by my state of residence being
suspended until I have done so. Also, I may go before a magistrate and make bail
in lieu of my personal recognizance.

Date    Signature Of Defendant

**DEPARTMENTAL USE ONLY**

| | No. | Troop | District |
|---|---|---|---|
| Officer J. Borgquist | 5121 | — | — |
| SHP Code ☐ N.C. Patrol | | | |
| ☑ Wayne County | | Police/Sheriff |

| Area | Wea. | Vis. | Traffic | Accident | Speed |
|---|---|---|---|---|---|
| OC | C | C | L | NO | A-20 |

On Highway No./Street    ☐ Injury Or Serious Injury
E. New Hope Rd.    ☐ Passenger(s) Under 18

In Vicinity/City Of
Goldsboro    At/Near Intersection    Miller's Chapel Lt.

Wit.    Chemical Analyst    ☐ AC
J.Borgquist    ☑ Refused

**ORIGINAL-COURT COPY**

AOC-CR-500, Rev. 12/11, © 2011 Administrative Office of the Courts

---

The undersigned officer has probable cause to believe that on or about
__Thursday__ __11:30__ ☐ (a.m.) ☑ (p.m.), the __14__ day of __May__,
__2015__, in the named county, the named defendant did unlawfully and
willfully operate a (motor) vehicle on a (street or highway) (public vehicular area)

☐ **1.** At a speed of _____ MPH in a _____ MPH ☐ zone. G.S. 20-141
   **77.** ☐ work zone. G.S. 20-141(j2).    **88.** ☐ school zone. G.S. 20-141.1.
☐ **2.** In forward motion without having the provided seat belt properly fastened about the defendant's body. G.S. 20-135.2A.
☐ **3.** By transporting a passenger of less than 16 years of age without having the passenger in a (weight appropriate child passenger restraint system) (seat belt). G.S. 20-137.1.
☐ **4.** By transporting a child of less than five years of age and less than 40 pounds in weight without the child being secured in the rear seat, when the vehicle was equipped with an active passenger-side front air bag and the vehicle had a rear seat. G.S. 20-137.1(a1).
☑ **5.** While subject to an impairing substance. G.S. 20-138.1.
☐ **6.** Without being licensed as a driver by the Division of Motor Vehicles of North Carolina. G.S. 20-7(a).
☐ **7.** While the defendant's drivers license was revoked. G.S. 20-28.
☐ **8.** While displaying an expired registration plate on the vehicle knowing the same to be expired. G.S. 20-111(2).
☐ **9.** Without (displaying thereon a current approved inspection certificate) (having a current electronic inspection authorizaton for the vehicle), such vehicle requiring inspection in North Carolina. Month Expired: _____.
☐ **10.** By failing to see before (starting) (stopping) (turning from a direct line) that such movement could be made in safety. G.S. 20-154.
☐ **11.** By failing to stop at a duly erected (stop sign) (flashing red light). G.S. 20-158(b)(1), (b)(3).
☐ **12.** By entering an intersection while a traffic signal was emitting a steady red circular light for traffic in defendant's direction of travel. G.S. 20-158(b)(2).
☐ **13.** Without having in full force and effect the financial responsibility required by G.S. 20-313. The defendant was the owner of the motor vehicle that was (registered) (required to be registered) in this State. G.S. 20-313.
☐ **14.** (Possess an open container of) (Consume) an alcoholic beverage in the passenger area of a motor vehicle. G.S. 20-138.7(a1). [NOTE: Strike "operate a (motor) vehicle" and "(public vehicular area)" above.]
☐ **15.** Without decreasing speed as necessary to avoid colliding with a (vehicle) (person). G.S. 20-141(m).

☐ **16.** _____

☐ **17.** And on or about the date and time shown above in the named county, the named defendant did unlawfully and willfully operate a (motor) vehicle on a (street or highway) (public vehicular area)

Date _5/14/15_    Signature Of Officer

| File No.      15CR 052842 | ☐ See Attachment | Law Enforcement Case No.      STATE HIGHWAY PATROL TROOP C DISTRICT 2 | LID No. | | SID No. | FBI No. | |

**ORDER FOR ARREST**

# 15OFA1480246

Offense
I T-DRIVING WHILE IMPAIRED

**THE STATE OF NORTH CAROLINA VS.**

Name, Address & Telephone No. Of Defendant
HECTOR RAUL VAZQUEZ-ROBLES

GOLDSBORO                 NC        27534
WAYNE COUNTY
Alias I: HECTOR RAUL VAZQUEZ ROBLES

| Race | Sex | Date Of Birth | Age |
| U | M | 1972 | |

| Social Security No. | Drivers License No. & State |

Name And Address Of Defendant's Employer

Date Defendant Failed To Appear
12/10/2015

| Amount Of Bond | Type Of Bond |
| $    $2,000.00 | SECURED |

**TRUE BILL OF INDICTMENT ONLY**
Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

| Offense Code | Offense In Violation Of G.S. |

| Date Of Offense | Date Issued      12/10/2015 |

AOC-CR-217, Rev. 4/11
© 2011 Administrative Office of the Courts

**STATE OF NORTH CAROLINA**
WAYNE                      County

In The General Court Of Justice
☒ District  ☐ Superior Court Division

To any officer with authority and jurisdiction to serve an Order For Arrest:
The Court finds that:

☒ 1. FTA - RELEASE ORDER [G.S. 15A-305(b)(2)]
the defendant has been arrested and released from custody and has failed on the date shown to appear as required by the Release Order. ☐ This is the defendant's second or subsequent failure to appear on these charges.

☐ 2. FTA - CRIMINAL SUMMONS OR CITATION (Do not use for infraction.) [G.S. 15A-305(b)(3)]
the defendant has failed on the date shown to appear as required by a duly executed Criminal Summons or by a Citation that charged the defendant with a misdemeanor.

☐ 3. TRUE BILL OF INDICTMENT [G.S. 15A-305(b)(1)]
a Grand Jury has returned a true bill of indictment against the defendant, a copy of which is attached.
[Note To Arresting Officer: If this option is checked, defendant must be fingerprinted. G.S. 15A-502(a).]

☐ 4. FTA - SHOW CAUSE AFTER FTC [G.S. 15A-305(b)(8)]
the defendant has failed on the date shown to appear as required in a Show Cause Order entered in this criminal proceeding.

☐ 5. FTA - SHOW CAUSE ORDER IN ORIGINAL CRIMINAL JUDGMENT
[G.S. 15A-305(b)(8); -1362(c); -1364(a)]
the defendant has failed by the date shown to pay a fine or costs or both as required by a judgment entered in this case and has also failed, as required upon such failure, to appear on that date and show cause why the defendant should not be imprisoned.

☐ 6. PROBABLE CAUSE THAT DEFENDANT MAY FAIL TO APPEAR - CRIMINAL CONTEMPT
[G.S. 15A-305(b)(9); 5A-16]
this Court has initiated plenary proceedings for contempt against the defendant under G.S. 5A-16, has issued a show cause order and finds probable cause to believe that the defendant will not appear as required in response to that order.

☐ 7. PROBATION VIOLATION [G.S. 15A-305(b)(4); -1345(a)]
the probation officer has provided the court with a written statement, signed by the probation officer, alleging that the defendant has violated specified conditions of the defendant's probation and a copy of the written statement is attached.

☐ 8. Other: (specify)

You are DIRECTED to take the defendant into custody and bring the defendant before a judicial official for the purpose of:
☒ determining conditions of release, and for commitment if the defendant is unable to comply.
☐ commitment since release of the defendant is not authorized.

| Signature      W K ROGERS | Location Of Court      Wayne County Courthouse; 0003 | Court Date |
| ☐ Magistrate ☒ Deputy CSC    ☐ DC Judge    ☐ Asst. CSC ☐ Clerk Of Superior Court    ☐ SC Judge | 224 E. WALNUT ST. ROOM 230      GOLDSBORO,NC 27530 | Court Time      ☐ AM  ☐ PM |

**COURT COPY**
(over)

If this Order For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by his/her department in attempting to serve the order and any information obtained about the whereabouts of the defendant.

## RETURN OF SERVICE

I certify that this Order was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|
| | | | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Order WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| | |

Department Or Agency Of Officer

## REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Asst. CSC ☐ CSC |
|---|---|---|
| | | |

## RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Order was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|
| | | | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Order WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|
| | |

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.

☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|
| | |

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | |
| | Signature Of Attorney |

AOC-CR-217, Side Two, Rev. 4/11, © 2011 Administrative Office of the Courts

6639.126-4

STATE OF NORTH CAROLINA __Wayne__ County

The undersigned officer has probable cause to believe that on or about __Saturday__, __5:30__ (a.)(p.) m., the __04__ day of __July__ 2015 , in the named county, the named defendant did unlawfully and willfully operate a (motor) vehicle on a (street or highway) (public vehicular area)

- [ ] **1.** At a speed of _____ MPH in a _____ MPH  [ ] zone. G.S. 20-141.
  77. [ ] work zone. G.S. 20-141(j2).  88. [ ] school zone. G.S. 20-141.1.
- [ ] **2.** In forward motion without having the provided seat belt properly fastened about the defendant's body. G.S. 20-135.2A.
- [ ] **3.** By transporting a passenger of less than 16 years of age without having the passenger in a (weight appropriate child passenger restraint system) (seat belt). G.S. 20-137.1.
- [ ] **4.** By transporting a child of less than five years of age and less than 40 pounds in weight without the child being secured in the rear seat, when the vehicle was equipped with an active passenger-side front air bag and the vehicle had a rear seat. G.S. 20-137.1(a1).
- [X] **5.** While subject to an impairing substance. G.S. 20-138.1.
- [ ] **6.** Without being licensed as a driver by the Division of Motor Vehicles of North Carolina. G.S. 20-7(a).
- [ ] **7.** While the defendant's drivers license [ ] was revoked. G.S. 20-28(a).
  33. [ ] was revoked and was originally revoked for an impaired driving revocation. G.S. 20-28(a).
- [ ] **8.** While displaying an expired registration plate on the vehicle knowing the same to be expired. G.S. 20-111(2).
- [ ] **9.** Without (displaying thereon a current approved inspection certificate) (having a current electronic inspection authorization for the vehicle), such vehicle requiring inspection in North Carolina. G.S. 20-183.8. Month Expired: _____
- [ ] **10.** By failing to see before (starting) (stopping) (turning from a direct line) that such movement could be made in safety. G.S. 20-154.
- [ ] **11.** By failing to stop at a duly erected (stop sign) (flashing red light). G.S. 20-158(b)(1), (b)(3).
- [ ] **12.** By entering an intersection while a traffic signal was emitting a steady red circular light for traffic in defendant's direction of travel. G.S. 20-158(b)(2).
- [ ] **13.** Without having in full force and effect the financial responsibility required by G.S. 20-313. The defendant was the owner of the motor vehicle that was (registered) (required to be registered) in this State. G.S. 20-313.
- [ ] **14.** (Possess an open container of) (Consume) an alcoholic beverage in the passenger area of a motor vehicle. G.S. 20-138.7(a1). [NOTE: Strike "operate a (motor) vehicle" and "(public vehicular area)" above.]
- [ ] **15.** Without decreasing speed as necessary to avoid colliding with a (vehicle) (person). G.S. 20-141(m).
- [ ] **16.**

- [ ] **17.** And on or about the date and time shown above in the named county, the named defendant did unlawfully and willfully operate a (motor) vehicle on a (street or highway) (public vehicular area)

---

## Left margin (MAGISTRATE'S ORDER - MISDEMEANOR ONLY)

**In The General Court Of Justice District Court Division**

The named defendant has been arrested without a warrant and there is probable cause to believe that the named defendant committed the stated charges. This Magistrate's Order is issued upon information furnished under oath by the named officer. A copy of this Order has been delivered to the defendant.

Date _____  Signature Of Magistrate/Deputy/Assistant/CSC _____

### PRIOR CONVICTIONS:
No./Level: 0 [ ] I (0) [ ] II (1-4) [ ] III (5+)

MISD. CLASS: [ ] 1 [ ] A1 [ ] 2 [ ] 3
MISD. CLASS: [ ] 1 [ ] A1 [ ] 2 [ ] 3
[ ] DVD

### COURT USE ONLY

**PLEA:** [ ] guilty/resp. [ ] no contest
[ ] guilty/resp. [ ] no contest
[ ] not guilty/resp.

**VERDICT/FINDING:** [ ] guilty/resp. [ ] guilty/resp. [ ] not guilty/resp.

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict/finding, it is ORDERED that the defendant: [ ] pay costs and a fine/penalty of $ _____ [ ] be imprisoned for a term of _____ days served. [ ] The Court finds the defendant: [ ] longer [ ] shorter period of probation than specified in G.S. 15A-1343.2(d) is necessary. [ ] Execution of sentence is suspended and the defendant is placed on unsupervised probation for _____ months, subject to the regular conditions of probation and the following: (1) pay costs and a fine/penalty of $ _____ (2) not operate a motor vehicle until properly licensed by DMV; [ ] (3) complete _____ hours of community service within _____ days and pay the fee; [ ] (4) Other:

[ ] case be consolidated for judgment with _____

It is ORDERED that this: [ ] Judgment is continued upon payment of costs. _____ [ ] The Court finds just cause to waive costs.

**COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

The defendant in open court, gives notice of appeal to the Superior Court. The current pretrial release order is modified as follows:

sentence is to run at the expiration of the sentence in _____

Date _____  Signature Of District Court Judge _____

District Attorney _____  Attorney For Defendant At Time Of Trial Or Plea _____

[ ] Appointed [ ] Retained [ ] Waived

Date _____  Signature Of Deputy/Assistant/CSC _____

[ ] I certify that this Judgment is a true copy.

---

## Citation (center)

File No. __15 CR 52842__

### NORTH CAROLINA UNIFORM CITATION

**Defendant Is To Appear In District Court** __Goldsboro__ N.C.

| Day Of Week | Month | Day | Year | Time | |
|---|---|---|---|---|---|
| Thursday | 08 | 20 | 15 | 9:00 | [X] AM [ ] PM |

[X] DL [ ] DCI [ ] Other  # Of Chgs _____  Interpreter Needed [ ] SP [ ] OTS [ ] ASL

### THE STATE OF NORTH CAROLINA VS.

Name Of Defendant __Hector Raul Vazquez-Robles__

Address _____

City __Raleigh__  State __NC__  Zip _____

Drivers License No. _____  State __NC__  CDL __-__  Class __R__

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| H | M | 1972 | 43 |

Social Security No. Of Defendant _____  Telephone No. _____

Vehicle License No. __WTW 1881__  State __VA__

| Vehicle Type | Trailer Type | CMV | Haz. Mat. | Make | Year |
|---|---|---|---|---|---|
| SUT | ✓ | ✓ | ✓ | Lincoln | 00 |

Name And Telephone No. Of Defendant's Employer _____

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card) _____

### ACKNOWLEDGMENT/NONRESIDENT PERSONAL RECOGNIZANCE FOR APPEARANCE

I acknowledge receipt of this Citation [ ] and I promise to appear in the named court at the time and place designated herein to answer the charge(s). I understand that my failure to appear or to dispose of this Citation by other acceptable legal means, such as waiver, will result in my operator's license issued by my state of residence being suspended until I have done so. Also, I may go before a magistrate and make bail in lieu of my personal recognizance.

Date _____  Signature Of Defendant _____

### DEPARTMENTAL USE ONLY

| Officer | No. | Troop | District |
|---|---|---|---|
| L E Schertzinger | 2627 | C | 2 |

SHP Code __3__  [X] N.C. Patrol  [ ] Police/Sheriff

| Area | Wea. | Vis. | Traffic | Accident | Speed |
|---|---|---|---|---|---|
| O | | L | PD | | A-50 |

On Highway No./Street __RP 1954__
[ ] Injury Or Serious Injury
[ ] Passenger(s) Under 18

In Vicinity/City Of __Goldsboro__  At/Near Intersection __Lamm Dr__

| Wit. | Chemical Analyst | | AC |
|---|---|---|---|
| | Schertzinger | [ ] Refused | |

Date __7/4/15__  Signature Of Officer _____

**ORIGINAL-COURT COPY**

**NOTE TO OFFICER:** *The officer should review and follow the instructions on Side Two of this form.*

ATTACH TEST RECORD TICKET HERE

File No. 15 CR59847

# STATE OF NORTH CAROLINA

_____Wayne_____ County

**NOTE:** *A "commercial motor vehicle" is as defined in G.S. 20-4.01(3d).*

In The General Court Of Justice
District Court Division

| IN THE MATTER OF: |
|---|

Name: Hector Raul Vazquez-Robles

Address:

| City | State | Zip |
|---|---|---|
| Raleigh | NC | |

| Race | Sex | Date Of Birth | Drivers License No. | State | Vehicle Type | CMV | Haz. Mat. | Citation No. |
|---|---|---|---|---|---|---|---|---|
| H | M | 1972 | | NC | SUT | – | – | 6639126-4 |

## AFFIDAVIT AND REVOCATION REPORT OF
☒ **LAW ENFORCEMENT OFFICER**
☒ **CHEMICAL ANALYST**

☐ The charged offense is impaired supervision or instruction under G.S. 20-12.1. Accordingly, substitute "supervisor/instructor" wherever "driver" appears below.

G.S. 20-16.2, 20-16.5, 20-17.8, 20-19(c3), 20-139.1

The undersigned being first duly sworn says:

☒ 1. I am a law enforcement officer. On the _04_ day of _July_, _2015_, at _530_ (a.)(p.)m., a law enforcement officer had reasonable grounds to believe the above named person, hereinafter referred to as driver, operated a vehicle (☐ commercial motor vehicle) in the above named county upon _RP-1959_ _____ (Give Street, Highway, Or Public Vehicular Area) while committing an implied-consent offense in that _Def trv off the rd to the right hitting a Mail Box._ _Vic obs the def, said he was drunk". Def left and trv to a 2nd house. Def called_ _said he was drunk and spun tires leaving. Def was found 2 houses up with a stong__(List Sufficient Facts To Establish Probable Cause)

☐ 2. The driver has a drivers license restriction: ☐ alcohol concentration. ☐ ignition interlock. ☐ conditional restoration (Restr: *9).

☐ 3. The driver violated a drivers license restriction by: ☐ refusing to be transported for testing. ☐ not having an operable ignition interlock on the vehicle being driven. ☐ failing to personally activate the ignition interlock on the vehicle being driven. ☐ exceeding the driver's alcohol concentration limitation. ☐ refusing a chemical analysis *(if refusal, also complete item no. 14 below).*

☒ 4. The driver was charged with the implied-consent offense of: ☒ G.S. 20-138.1; ☐ Other Implied-Consent Offense: _____ ; ☐ and the driver has one or more pending offenses in the following county(ies) _____ for which the drivers license had been or is revoked under G.S. 20-16.5.

☐ 5. After the driver was charged, I took the driver before _____, a chemical analyst authorized to administer a test of the driver's breath.

☒ 6. I am a chemical analyst and possess a current permit issued by the Department of Health and Human Services authorizing me to conduct chemical analyses of the breath utilizing the Intox EC/IR II.

☒ 7. I informed the driver orally and also gave notice in writing of the rights specified in G.S. 20-16.2(a). I completed informing the driver of the rights as indicated on the attached DHHS 4081.

☒ 8. I began observing the driver for the purpose of complying with the observation period requirements for a breath analysis in accordance with the methods/rules approved by the Department of Health and Human Services at _835_ (a.)(p.)m. on the _8th_ day of _July_, _2015_.

☒ 9. On the _4_ day of _July_, _2015_, at _9:01_ (a.)(p.)m., I requested the driver to submit to a chemical analysis of his/her breath or blood or urine. For blood or urine, I directed the taking of a blood or urine sample by a person qualified under G.S. 20-139.1.

☐ 10. The driver was unconscious or otherwise incapable of refusal and therefore the notification of rights and request to submit to a chemical analysis were not made. I directed the taking of a blood sample by a person qualified under G.S. 20-139.1.

☐ 11. The driver submitted to a chemical analysis of his/her breath. I administered the chemical analysis to the driver in accordance with the methods/rules approved by the Department of Health and Human Services using an Intox EC/IR II, and it printed the results of the driver's chemical analysis on the attached test record, DHHS 4082, which is made part of this Affidavit. The most recent preventive maintenance was performed on this Intox EC/IR II on the _6_ day of _May_, _2015_, as shown on the preventive maintenance record. I provided the driver with a copy of the attached test record before any trial or proceeding in which the results of the chemical analysis may be used.

☐ 12. The chemical analysis of the driver's breath indicated an alcohol concentration of 0.15 or more.

☐ 13. A sample of the driver's blood or urine was collected for a chemical analysis as indicated on the attached DHHS 4081.

☒ 14. The driver willfully refused to submit to a chemical analysis as indicated on the attached ☒ DHHS 4082. ☒ DHHS 4081. ☐ The willful refusal occurred in an implied-consent offense involving death or critical injury to another person.

| **SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME** | Signature Of Chemical Analyst/Law Enforcement Officer | DHHS Permit No. |
|---|---|---|
| | | 26822 E |
| Date: 7/4/15  Signature Of Official Authorized To Administer Oaths | Print Name Of Chemical Analyst/Law Enforcement Officer | |
| ☐ Magistrate  ☐ Deputy CSC  ☐ Assistant CSC  ☐ CSC | L Schertzinger | |
| ☐ Notary   Date My Commission Expires   County Where Notarized | Agency No. | |
| **SEAL** | NCSHP | |

*[Left margin handwritten:]* The car he was driving lost the running board on the Pass Side and mocked up with the car

*[Right margin handwritten:]* glassy eyes, red, odor of alc on his breath, said PBT was .01. he was just could not staf hr to Sk

AOC-CVR-1A/DHHS 3907, Rev. 10/13
© 2013 Administrative Office of the Courts

Magistrate Copy (CVR)

## NOTES TO LAW ENFORCEMENT OFFICER/CHEMICAL ANALYST

**NOTE TO LAW ENFORCEMENT OFFICER WHO IS NOT GOING TO** *administer breath test or read the implied-consent rights:*

1. Complete the identifying information at the top,
2. Check the "Law Enforcement Officer" block under "Affidavit and Revocation Report of" in the title section,
3. Review and check as appropriate for this case paragraphs 1-5 (and if the driver is unconscious or incapable of refusing so that the implied-consent rights need not be read, also review and check as appropriate paragraph 10), and
4. Swear or affirm before notary or magistrate, sign and file copies as indicated.

**NOTE TO LAW ENFORCEMENT OFFICER WHO CHARGES DRIVER AND IS CHEMICAL ANALYST** *who administers the breath test or reads the implied-consent rights for a blood test:*

1. Complete the identifying information at the top,
2. Check both the "Law Enforcement Officer" and "Chemical Analyst" blocks under "Affidavit and Revocation Report of" in the title section,
3. Review and check as appropriate for this case paragraphs 1-14, and
4. Swear or affirm before notary or magistrate, sign and file copies as indicated.

**NOTE TO CHEMICAL ANALYST WHO IS NOT THE CHARGING OFFICER**:

1. Complete the identifying information at the top,
2. Check the "Chemical Analyst" block under "Affidavit and Revocation Report of" in the title section,
3. Review and check as appropriate for this case paragraphs 6-14, and
4. Swear or affirm before notary or magistrate, sign and file copies as indicated.

## INSTRUCTIONS

1. This form should be used in District Court to prove alcohol concentration in implied-consent criminal cases.

2. This form should be used before the Magistrate for the pretrial civil revocation (CVR) when the driver is charged with DWI or another implied-consent offense and the driver

    a. has an alcohol concentration of 0.08 or more;

    b. has an alcohol concentration of 0.04 or more and was operating a commercial motor vehicle;

    c. is under age 21 and has an alcohol concentration of 0.01 or more; or

    d. refuses the breath test and/or a blood or urine test.

3. This form should be used to notify DMV of (i) an alcohol concentration of 0.15 or more or (ii) a refusal to submit to a breath test and/or a blood or urine test.

4. This form should be used to notify DMV of violations of the following drivers license restrictions[+]:

    a. *9= the driver has a Conditional Restoration of his or her drivers license

    b. 19= alcohol concentration (A/C) of 0.04

    c. 20= A/C 0.04+ignition interlock

    d. 21= A/C 0.00

    e. 22= A/C 0.00+ignition interlock

    f. 23= ignition interlock only

    [+] When a driver has violated a restriction and Paragraphs 2 and 3 on Side One are completed, ALL sections in these paragraphs that apply must be checked. For example, if the driver had a restriction 20 and violated both the alcohol concentration and the ignition interlock provisions, both the "alcohol concentration" and the "ignition interlock" blocks should be checked in Paragraph 2. The same applies to Paragraph 3.

5. File the original and copies of this form, with a copy of the test record ticket attached, as follows:

    a. Original - To the Magistrate for the pretrial civil revocation (CVR).

    b. Second copy - To the Court for the criminal case.

    c. Yellow copy - To DMV for violation of any alcohol or ignition interlock restriction on drivers license, alcohol concentration of 0.15 or more, or for refusal to submit to a breath test and/or a blood or urine test. DMV's address is: DMV, Information Processing Services, 3120 Mail Service Center, Raleigh, NC 27699-3120.

    d. Pink copy - To the Law Enforcement Officer/Chemical Analyst.

    e. Green copy - To the driver.

File No. CR 5284

**(TYPE OR PRINT IN BLACK INK)**
## STATE OF NORTH CAROLINA

Wayne _____ County

In The General Court Of Justice
District Court Division

| Name And Address Of Defendant | |
|---|---|
| Hector Raul Vazquez-Robles | **OFFICER'S AFFIDAVIT FOR SEIZURE AND IMPOUNDMENT AND MAGISTRATE'S ORDER - IMPAIRED DRIVING** |
| Goldsboro NC 27534 | G.S. 20-28.3 |

| Defendant's Drivers License No. | State | Name And Address Of Vehicle Owner |
|---|---|---|
| | NC | Gloria Leticia Vazquez-Robles |

| Vehicle Identification No. | | | | | |
|---|---|---|---|---|---|
| 5LMEU27A9YJ23C43 | | | | | Portsmouth, VA, 23702 |

| Vehicle License No. | State | Year | Make | Model | Body Style | Present Location Of Motor Vehicle |
|---|---|---|---|---|---|---|
| WTW 1881 | VA | 2000 | Linc | Nav | SUT | |

| Date Of Offense | Date Of Seizure | Time Of Seizure | | Georges Body Shop |
|---|---|---|---|---|
| 7/4/15 | 7/4/15 | 8:00 ☐ AM ☒ PM | | |

### I. OFFICER'S AFFIDAVIT

The undersigned being first duly sworn says:

1. I am a law enforcement officer. On or about the date of offense shown above, I had probable cause to believe that the defendant named above drove the motor vehicle described above in the above county upon *(give street, highway or public vehicular area.)* RP 1959 _____ while committing an offense involving impaired driving in

   violation of ☒ G.S. 20-138.1 ☐ G.S. 20-138.5 ☐ G.S. _____ *(See Section III on reverse for a list of offenses involving impaired driving.)*
   in that: *(List sufficient facts to constitute probable cause.)* Def trv off the left striking a mail box, red glassy eyes storong oder of Alcohol

   ☐ *(Check if defendant charged under G.S. 20-138.5.)* and a check of the Division of Motor Vehicles' records or other reliable information indicates that the defendant has been convicted of three (3) or more offenses involving impaired driving as defined in G.S. 20-4.01(24a) within ten (10) years of the date of offense shown above.

2. I charged the defendant with an offense in violation of the statute cited above.
3. A check of the records of the Division of Motor Vehicles or other reliable information indicates that, at the time of the above offense,
   ☐ the defendant's drivers license was revoked as a result of a prior impaired driving license revocation as defined in G.S. 20-28.2(a). *(See Section IV on reverse for a list of impaired driving license revocations.)* ☐ the defendant was driving without a valid drivers license and was not covered by an automobile liability insurance policy.
4. A check of law enforcement records or other reliable information indicates that the motor vehicle described above has not been reported stolen.
5. The motor vehicle described above is not a rental vehicle, or if it is a rental vehicle, the defendant is listed as an authorized driver on the rental contract.
6. ☐ (a) On the date of seizure shown above, I seized the vehicle described above and it is presently at the location shown above.
   ☐ (b) The motor vehicle has not yet been seized.

**SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME**

| | Signature Of Seizing Officer |
|---|---|
| Date 7/4/2015 | |
| Signature Of Official Authorized To Administer Oaths | Name Of Seizing Officer (Type Or Print) L Schertzinger |
| ☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | Name Of Department Or Agency Of Officer |
| ☐ Notary | Date My Commission Expires |
| | NCSHP |
| **SEAL** | County Where Notarized |

### II. MAGISTRATE'S ORDER

On the basis of the facts set forth in the above Affidavit and any additional information furnished under oath, the undersigned finds that the requirements of G.S. 20-28.3 for the seizure and impoundment of the motor vehicle described above ☐ have ☐ have not been met.

1. ☒ a. It is ORDERED that the above described motor vehicle be impounded and held pending further orders of the court.
   ☐ b. It is ORDERED that any officer with authority and jurisdiction seize the above described motor vehicle and that it be impounded and held pending further orders of the court.
2. ☐ It is ORDERED that the above described motor vehicle be released to the motor vehicle owner upon payment of all towing and storage charges incurred as a result of the seizure of that vehicle.

| Date 7/4/2015 | Name Of Magistrate (Type Or Print) | Signature Of Magistrate |
|---|---|---|

**NOTE TO OFFICER:** The seizing officer shall notify the Division of Motor Vehicles (DMV) of the seizure as soon as practical, but not later than 24 hours after the seizure of the motor vehicle. G.S. 20-28.3(b). The seizing officer should complete form ENF-176 and forward it to the officer's DCI terminal operator. The terminal operator will then transmit the information to DMV via DCI. This Order authorizes any officer with jurisdiction to enter the property of the defendant to seize the motor vehicle. Consent or a search warrant is required to enter the private property of another. G.S. 20-28.3(c1).

**NOTE TO MAGISTRATE:** The magistrate shall provide the original of this form to the Clerk. G.S. 20-28.3(c). The magistrate should provide copies to the defendant and to the seizing officer.

**NOTE TO CLERK:** The Clerk shall provide copies of this form, if it orders a seizure, to the district attorney and the attorney for the county board of education. G.S. 20-28.3(c).

AOC-CR-323A, Rev. 12/13
© 2013 Administrative Office of the Courts

(Over)

## III. OFFENSES INVOLVING IMPAIRED DRIVING

G.S. 20-4.01(24a) defines "offense involving impaired driving" to include the following:

- impaired driving under G.S. 20-138.1;

- any offense set forth under G.S. 20-141.4 based on impaired driving;

- first or second degree murder under G.S. 14-17 or involuntary manslaughter under G.S. 14-18 when the charge is based on impaired driving;

- impaired driving in a commercial vehicle under G.S. 20-138.2;

- habitual impaired driving under G.S. 20-138.5.

## IV. IMPAIRED DRIVING LICENSE REVOCATIONS - G.S. 20-28.2(a)

Under G.S. 20-28.2(a), the revocation of a person's drivers license is an impaired driving license revocation if the revocation is pursuant to any of the following statutes:

| | |
|---|---|
| G.S. 20-13.2 | - Driving After Consuming Alcohol/Drugs While Less Than 21 |
| G.S. 20-16(a)(8b) | - Military Driving While Impaired |
| G.S. 20-16.2 | - Refused Chemical Test |
| G.S. 20-16.5 | - Civil Revocation |
| G.S. 20-17(a)(2) | - Driving While Impaired |
| | Driving While Impaired In Commercial Motor Vehicle |
| G.S. 20-138.5 | - Habitual Driving While Impaired |
| G.S. 20-17(a)(12) | - Transporting Open Container - 2nd Or Subsequent |
| G.S. 20-16(a)(7) | - Out-Of-State Offense Similar To Driving While Impaired Resulting In NC Revocation |
| G.S. 20-17(a)(1) | - Manslaughter Involving Driving While Impaired |
| G.S. 20-17(a)(3) | - Any Felony In The Commission Of Which A Motor Vehicle Is Used, If The Offense Involves Impaired Driving |
| G.S. 20-17(a)(9) | - Any Offense Set Forth Under G.S. 20-141.4 Based On Impaired Driving |
| G.S. 20-17(a)(11) | - Conviction Of Assault With A Motor Vehicle If Offense Involves Impaired Driving |
| G.S. 20-28.2(a)(3) | - Laws of another state when the offense for which the person's drivers license is revoked prohibits substantially similar conduct that if committed in this state would result in a revocation based on one of the offenses listed above. |

## V. GROUNDS FOR SEIZURE - G.S. 20-28.3(a)

A motor vehicle is subject to seizure if the driver is charged with an offense involving impaired driving as listed in Section III above and at the time of the offense

- the driver's license is revoked for one of the reasons listed in Section IV above **or**

- the driver does not have a valid drivers license and is not covered by an automobile liability insurance policy.

File No.

# STATE OF NORTH CAROLINA

_____ WAYNE _____ County

15CR 052842

In The General Court Of Justice
[X] District  [ ] Superior Court Division

### STATE VERSUS

Name And Address Of Defendant
HECTOR RAUL VAZQUEZ ROBLES

GOLDSBORO                    NC  27534

## CONDITIONS OF RELEASE AND RELEASE ORDER

# 15RO777140
Amount Of Bond

$                    $1,000.00

G.S. Chapter 15A, Art. 25, 26

Offenses And Additional File Numbers
15CR52842      MO GC; T-DRIVING WHILE IMPAIRED

[ ] See Attachment

| Location Of Court | | Date | Time | |
|---|---|---|---|---|
| Wayne County Courthouse; 0003 | [X] District [ ] Superior | 08/20/2015 | 09:00 | [X] AM [ ] PM |

**To The Defendant Named Above**, you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

7/6/15
talk
8/20

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.
[X] Your release is authorized upon execution of your: [ ] WRITTEN PROMISE to appear [ ] UNSECURED BOND in the amount shown above
[ ] CUSTODY RELEASE    [X] SECURED BOND in the amount shown above
[ ] HOUSE ARREST with ELECTRONIC MONITORING administered by (agency) _____ and the SECURED BOND above. You may leave your residence for the purpose(s) of [ ] employment [ ] counseling [ ] course of study [ ] vocational training

[ ] Your release is not authorized.
[ ] The defendant is required to provide (check all that apply) [ ] fingerprints under G.S. 15A-502(a1) or (a2). [ ] a DNA sample under G.S. 15A-266.3A. Prior to release, the defendant shall provide his/her (check all that apply) [ ] fingerprints. [ ] DNA sample.
[ ] The defendant has been [ ] (i) charged with a felony while on probation (complete AOC-CR-272, Side One). [ ] (ii) arrested for violation of probation with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A (complete AOC-CR-272, Side Two).
[ ] This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the Order dated _____
[ ] The defendant was arrested or surrendered after failing to appear as required under a prior release order.
[ ] This was the defendant's second or subsequent failure to appear in this case.
[ ] Your release is subject to the conditions as shown on the attached [ ] AOC-CR-270. [ ] Other: _____
Additional Information

| Date | Signature Of Judicial Official | [X] Magistrate [ ] Deputy CSC [ ] Assistant CSC |
|---|---|---|
| 07/04/2015 | A.D. VICKORY | [ ] Clerk Of Superior Court [ ] District Court Judge [ ] Superior Court Judge |

### ORDER OF COMMITMENT

**To The Custodian Of The Detention Facility Named Below**, you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: [X] produce him/her in Court as provided above.
[ ] hold him/her [ ] as provided on the attached AOC-CR-272. [ ] for the following purpose: _____

[Check in all domestic violence and stalking cases covered by G.S. 15A-534.1(b)] produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before (enter date and time 48 hours after time of arrest) _____ , _____
[ ] AM [ ] PM produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| Name Of Detention Facility | Date | Signature Of Judicial Official |
|---|---|---|
| Wayne County Detention Center | 07/04/2015 | A.D. VICKORY |

### WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant |
|---|---|---|
| | | |

| Name Of Person Agreeing To Supervise Defendant (Type Or Print) | Address Of Person Agreeing To Supervise Defendant |
|---|---|
| | |

### DEFENDANT RELEASED ON BAIL

| Date | Time | Signature Of Jailer |
|---|---|---|
| 7/11/15 | 1458 [ ] AM [X] PM | T. B___ |

AOC-CR-200, Rev. 12/12
© 2012 Administrative Office of the Courts

**COURT COPY**

Bondsman— Rosa Lopez

## CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Jailer |
|---|---|---|
| 07/04/15 | 2200 | J. |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Jailer |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**NOTE TO CUSTODIAN:** *This form shall accompany the defendant to court for all appearances.*

AOC-CR-200, Side Two, Rev. 12/12
© 2012 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

WAYNE _____ County

| | |
|---|---|
| File No. | 15CR 052842 |

In The General Court Of Justice

[X] District [ ] Superior Court Division

Name And Mailing Address Of Defendant
HECTOR RAUL VAZQUEZ ROBLES

GOLDSBORO          NC          27534

Social Security No.          Telephone No. Of Defendant

## APPEARANCE BOND
## FOR
## PRETRIAL RELEASE

| Total Bond Required | Amount Of This Bond | |
|---|---|---|
| $ 1,000.00 | $ 1,000.00 | # 15AB807970 |

G.S. 15A-531, 15A-534, 15A-544.2

Offenses And Additional File Numbers
**15CR52842**   T-DRIVING WHILE IMPAIRED

[ ] See Attachment

[ ] **Unsecured Appearance Bond** - I, the undersigned defendant, acknowledge that my personal representatives and I are bound to pay the State of North Carolina the sum shown above, subject to the conditions of this Bond stated on the reverse side.

[ ] **Cash Appearance Bond** *(See note on reverse side.)* - I, the undersigned defendant, acknowledge that I am bound to pay the State of North Carolina the sum shown above, and hereby deposit the cash identified below as security with the understanding that the deposit will be returned upon the Court's determination that the conditions of release have been performed, subject to the conditions of this Bond stated on the reverse side, and that it will be available to satisfy my obligations.

[ ] **Defendant's Property Appearance Bond** - I, the undersigned defendant, acknowledge that I am bound to pay the State of North Carolina the sum shown above, subject to the conditions of this Bond stated on the reverse side, and as security for said Bond have executed a mortgage or deed of trust to real or personal property, payable to the State of North Carolina and with power of sale conditioned upon the breach of any condition of this Bond.

[X] **Surety Appearance Bond** - We, the undersigned, jointly and severally acknowledge that we and our personal representatives are bound to pay the State of North Carolina the sum shown above, subject to the conditions of this Bond stated on the reverse side.
  [X] *(Professional bondsman, Bail Agent and Runners)* - The "Affidavit" on the reverse side of this Bond is complete and true.

[ ] **Cash Deposited By Surety** *(See note on reverse side.)* - We have deposited the cash identified below to secure our obligations as sureties on this bond with the understanding that the deposit will be returned to us upon the Court's determination that the conditions of pretrial release have been performed, and that it will NOT be available to satisfy defendant's obligations.

| Date Of Execution Of Bond | Signature Of Defendant |
|---|---|
| 07/11/2015 | |

## ACCOMMODATION BONDSMAN

[ ] See attached AOC-CR-201A for additional accommodation bondsmen executing this bond.

| Name And Address Of Accommodation Bondsman | Name And Address Of Accommodation Bondsman |
|---|---|
| | |
| Social Security No.    Telephone No. | Social Security No.    Telephone No. |

## PROFESSIONAL BONDSMAN

| Name Of Bondsman | Name Of Runner, If Applicable |
|---|---|
| License No. Of Bondsman | License No. Of Runner |

## INSURANCE COMPANY

| Name Of Insurance Company | Name Of Bail Agent |
|---|---|
| ALLEGHENY CASUALTY COMPANY | MEZA, ROSA M |
| Power Of Appointment No. Of Bail Agent | License No. Of Bail Agent |
| | 0016462810 |

## SIGNATURE

| Signature Of Surety | Signature Of Surety |
|---|---|
| | |

| SWORN AND SUBSCRIBED TO BEFORE ME | SWORN AND SUBSCRIBED TO BEFORE ME |
|---|---|
| Date: 07/11/2015    Signature: A. K. JONES | Date    Signature |
| [X] Magistrate [ ] Deputy CSC [ ] Assistant CSC [ ] Clerk Of Superior Court | [ ] Magistrate [ ] Deputy CSC [ ] Assistant CSC [ ] Clerk Of Superior Court |
| [ ] Custodian Of Detention Facility [G.S. 15A-537(c)] | [ ] Custodian Of Detention Facility [G.S. 15A-537(c)] |

## COMPLETE IF CASH DEPOSITED

| Signature Of Official Accepting Cash | Name Of Official Accepting Cash (Type Or Print) | Receipt No. |
|---|---|---|

*NOTE: If cash deposited, see note on reverse side.*

**ORIGINAL COPY**
(see CR-238 if release after judgment in superior court)
Original-File
(Over)

AOC-CR-201, Rev. 12/13
© 2013 Administrative Office of the Courts

## CONDITIONS

The conditions of this Bond are that the above named defendant shall appear in the above entitled action(s) whenever required and will at all times remain amenable to the orders and processes of the Court. It is agreed and understood that this Bond is effective and binding upon the defendant and each surety throughout all stages of the proceedings in the trial divisions of the General Court of Justice until the entry of judgment in the district court from which no appeal is taken or until the entry of judgment in the superior court. If the defendant appears as ordered and otherwise performs the foregoing conditions of the bond, then the bond is to be void, but if the defendant fails to obey any of these conditions, the Court will forfeit the bond pursuant to Part 2 of Article 26 of Chapter 15A of the General Statutes.

Each accommodation bondsman, by signing on the reverse or on the attached AOC-CR-201A, states: "I have reached the age of 18 years and am a bona fide resident of North Carolina. Aside from love and affection and release of the above named defendant, I have received no consideration for acting as surety. I own sufficient property over and above all liabilities, homestead and other exemptions allowed me by law to enable me to pay this Bond should it be ordered forfeited. I understand that if I sign this Bond without sufficient property, I am guilty of a crime."

## AFFIDAVIT

NOTE: *"Professional bondsmen, surety bondsmen [bail agents], and runners shall file with the clerk of court having jurisdiction over the principal an affidavit on a form furnished by the Administrative Office of the Courts." G.S. 58-71-140(d). Check all options that apply.*

☐ 1. I have not, nor has anyone for my use, been promised or received any collateral, security or premium for executing this Bond.

☐ 2. I have been promised a premium in the amount shown below, which is due on the date shown below.

☑ 3. I have received a premium in the amount shown below.

☐ 4. I have been given collateral security by the person named below, of the nature and in the amount shown below.

| Amount Of Premium Promised | Date Due | Amount Of Premium Received |
|---|---|---|
| $ | | $ 150.00 |

| Name Of Person From Whom Collateral Received | Nature Of Collateral | Value |
|---|---|---|
| | | |

VERIFY FIRST - THIS DOCUMENT IS PRINTED IN RED & BLACK INKS.

### POWER OF ATTORNEY
### ALLEGHENY CASUALTY COMPANY
P.O. BOX 9810, CALABASAS, CA 91372-9810    (800) 935-2245

**Only the original Power of Attorney will bind this Surety.**

POWER NUMBER AS1K-358171

POWER AMOUNT $ 1,100

**THIS POWER VOID IF NOT USED BY:** November 30, 2015

KNOW ALL MEN BY THESE PRESENTS, that ALLEGHENY CASUALTY COMPANY, a corporation duly organized and existing under the laws of the State of Pennsylvania, has constituted and appointed, and does hereby constitute and appoint, its true and lawful Attorney-in-Fact, with full power and authority to sign the company's name and affix its corporate seal to, and deliver on its behalf as surety, any and all obligations as herein provided, and the execution of such obligations in pursuance of these presents shall be as binding upon the company as fully and to all intents and purposes as if done by the regularly elected officers of said company at its home office in their own proper person; and the said company hereby ratifies and confirms all and whatsoever its said Attorney-in-Fact may lawfully do and perform in the premises by virtue of these presents.

THIS POWER OF ATTORNEY IS VOID IF ALTERED OR ERASED, THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF

ONE THOUSAND ONE HUNDRED DOLLARS*******************

AND MAY BE EXECUTED FOR RECOGNIZANCE ON CRIMINAL BAIL BONDS ONLY.

Authority of such Attorney-in-Fact is limited to the execution of appearance bonds and cannot be construed to guarantee defendant's future lawful conduct, adherence to travel limitation, fines, restitution, payments or penalties, or any other condition imposed by a court not specifically related to court appearances. A separate Power of Attorney must be attached to each bond executed. Powers of Attorney must not be returned to Attorney-in-Fact, but should remain a permanent part of the court records.

NOTICE: Stacking of Powers is strictly prohibited. No more than one power from this Surety may be used to post any one bail amount.

IN WITNESS WHEREOF, said ALLEGHENY CASUALTY COMPANY, by virtue of authority conferred by its Board of Directors, has caused these presents to be sealed with its corporate seal, signed by its President and attested by its Secretary, this 29th day of December, 2009.

Robert W. Minster, President

Francis Mitterhoff, Secretary

Bond Amt $ 1,000.00    Date Executed 7/11/15

Defendant Hector Vasquez    D.O.B.

Case # 15CR5842    Appearance Date 8/20/15

Offense DUI

Court County Wayne    Court State NC    Div./Dept. District

Court City Goldsboro

If rewrite, give orig. power #

Executing Agent

Signature/if applicable, add your COURT assigned Agent #

# 164028 10

Increase ☐    Decrease ☐

NOT VALID FOR IMMIGRATION

1936

01625763

ORIGINAL

Form# ACC.0100 (Rev. 11/14)

© 2013 Administrative Office of the Courts

| File No. 15CR 703959 ☐ See Attachment | Law Enforcement Case No. | | LID No. | SID No. | FBI No. |
|---|---|---|---|---|---|

**ORDER FOR ARREST**

\# 15OFA1437511

Offense

**I T-DWLR IMPAIRED REV**

**THE STATE OF NORTH CAROLINA VS.**

Name, Address & Telephone No. Of Defendant

HECTOR RAUL VAZQUEZROBLES

GOLDSBORO    NC    27534

WAYNE COUNTY

| Race U | Sex M | Date Of Birth 1972 | Age |
|---|---|---|---|
| Social Security No. | | Drivers License No. & State | |

Name And Address Of Defendant's Employer

Date Defendant Failed To Appear

12/01/2015

| Amount Of Bond $ | Type Of Bond |
|---|---|

**TRUE BILL OF INDICTMENT ONLY**

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

| Offense Code | Offense In Violation Of G.S. |
|---|---|

| Date Of Offense | Date Issued 12/01/2015 |
|---|---|

AOC-CR-217, Rev. 4/11
© 2011 Administrative Office of the Courts

**STATE OF NORTH CAROLINA**

WAYNE _____ County

In The General Court Of Justice
[X] District ☐ Superior Court Division

To any officer with authority and jurisdiction to serve an Order For Arrest:
The Court finds that:

☐ 1. **FTA - RELEASE ORDER [G.S. 15A-305(b)(2)]**
the defendant has been arrested and released from custody and has failed on the date shown to appear as required by the Release Order. ☐ This is the defendant's second or subsequent failure to appear on these charges.

[X] 2. **FTA - CRIMINAL SUMMONS OR CITATION (Do not use for infraction.) [G.S. 15A-305(b)(3)]**
the defendant has failed on the date shown to appear as required by a duly executed Criminal Summons or by a Citation that charged the defendant with a misdemeanor.

☐ 3. **TRUE BILL OF INDICTMENT [G.S. 15A-305(b)(1)]**
a Grand Jury has returned a true bill of indictment against the defendant, a copy of which is attached.
**[Note To Arresting Officer:** *If this option is checked, defendant must be fingerprinted. G.S. 15A-502(a).]*

☐ 4. **FTA - SHOW CAUSE AFTER FTC [G.S. 15A-305(b)(8)]**
the defendant has failed on the date shown to appear as required in a Show Cause Order entered in this criminal proceeding.

☐ 5. **FTA - SHOW CAUSE ORDER IN ORIGINAL CRIMINAL JUDGMENT**
[G.S. 15A-305(b)(8); -1362(c); -1364(a)]
the defendant has failed by the date shown to pay a fine or costs or both as required by a judgment entered in this case and has also failed, as required upon such failure, to appear on that date and show cause why the defendant should not be imprisoned.

☐ 6. **PROBABLE CAUSE THAT DEFENDANT MAY FAIL TO APPEAR - CRIMINAL CONTEMPT**
[G.S. 15A-305(b)(9); 5A-16]
this Court has initiated plenary proceedings for contempt against the defendant under G.S. 5A-16, has issued a show cause order and finds probable cause to believe that the defendant will not appear as required in response to that order.

☐ 7. **PROBATION VIOLATION [G.S. 15A-305(b)(4); -1345(a)]**
the probation officer has provided the court with a written statement, signed by the probation officer, alleging that the defendant has violated specified conditions of the defendant's probation and a copy of the written statement is attached.

☐ 8. **Other:** *(specify)*

You are DIRECTED to take the defendant into custody and bring the defendant before a judicial official for the purpose of:
[X] determining conditions of release, and for commitment if the defendant is unable to comply.
☐ commitment since release of the defendant is not authorized.

| Signature TAMMY A OAKES | Location Of Court Wayne County Courthouse; 0003 | Court Date |
|---|---|---|
| ☐ Magistrate [X] Deputy CSC ☐ DC Judge ☐ Asst. CSC ☐ Clerk of Superior Court ☐ SC Judge | 224 E. WALNUT ST. ROOM 230 GOLDSBORO,NC 27530 | Court Time ☐ AM ☐ PM |

(over)

**COURT COPY**

If this Order For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by his/her department in attempting to serve the order and any information obtained about the whereabouts of the defendant.

**RETURN OF SERVICE**

I certify that this Order was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Order WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

**REDELIVERY/REISSUANCE**

| Date | Signature | ☐ Dep. CSC ☐ Asst. CSC ☐ CSC |
|---|---|---|

**RETURN FOLLOWING REDELIVERY/REISSUANCE**

I certify that this Order was received and served as follows:

| Date Received | Date Served | Time Served ☐ AM ☐ PM | Date Returned |
|---|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Order WAS NOT served for the following reason:

| Signature Of Officer Making Return | Name Of Officer (Type Or Print) |
|---|---|

Department Or Agency Of Officer

**APPEAL ENTRIES**

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

**WAIVER OF PROBABLE CAUSE HEARING**

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

AOC-CR-217, Side Two, Rev. 4/11, © 2011 Administrative Office of the Courts

**NORTH CAROLINA UNIFORM CITATION - COURT COPY**

| | | | **Citation No.** |
|---|---|---|---|
| STATE OF NORTH CAROLINA | Wayne | County District Court  File No. **2015CR 703959** | 9247F57 |

TO THE DEFENDANT NAMED BELOW: You have been charged with the misdemeanor(s) or infraction(s) specified below. Read this citation carefully.

### YOUR COURT DATE AND LOCATION

| Court Day | Date | Time | | Court Location | Courtroom | Interpreter | Agency Case Number |
|---|---|---|---|---|---|---|---|
| Fri | 08/07/2015 | 10:00AM | | GOLDSBORO | ADM2 | | |

### THE STATE OF NORTH CAROLINA VS.

| Drivers License No. | | State | Source | Name Of Defendant | | | | Race |
|---|---|---|---|---|---|---|---|---|
| | | NC | DL | VAZQUEZROBLES, HECTOR RAUL | | | | Other |
| CDL | Class | | | Address | | | | Gender |
| No | CR | | | | | | | Male |
| Social Security No. | | | | City | State | Zip | Date Of Birth | Age |
| | | | | GOLDSBORO | NC | 27534 | 1972 | 43 |

### CHARGING OFFICER INFORMATION

| Date | Signature Of Officer | | No. | Law Enforcement Agency | Troop/Squad | District/Zone |
|---|---|---|---|---|---|---|
| 06/15/2015 | Dpty. J J BORGQUIST | | 8121 | WAYNE COUNTY SHERIFF | | |

### WHAT YOU ARE CHARGED WITH

The officer named below has probable cause to believe that on or about Monday , the 15 day of June , 2015 at 01:34PM
in the county named above you did unlawfully and willfully

OPERATE A MOTOR VEHICLE ON A STREET OR HIGHWAY WHILE THE DEFENDANT'S DRIVERS LICENSE WAS REVOKED AND WAS ORIGINALLY REVOKED FOR AN IMPAIRED DRIVING REVOCATION. (G.S. 20-28(A))

and on or about _____, the _____ day of _____, _____ at _____ in the county named above you did unlawfully and willfully

### YOUR VEHICLE

| Vehicle License No. | State | Trailer Type | CMV | Vehicle Type | | Vehicle Make | Year | Haz. Mat. |
|---|---|---|---|---|---|---|---|---|
| VTW1881 | VA | | No | Station Wagon (Passenger) | | Lincoln | 2000 | No |

### OTHER INFORMATION

| Area | Weather | | Visibility | Traffic | Accident | Speed | On Highway No./Street |
|---|---|---|---|---|---|---|---|
| Residential | Clear | | Clear | Medium | No | | US 70 |

| Injury or Serious Injury | SHP Code | In Vicinity/City Of | At/Near Intersection |
|---|---|---|---|
| Passengers Under 16 | | GOLDSBORO | MILLERS CHAPEL ROAD |

### WITNESSES | OFFICER COMMENTS

| Witness #1 | Witness #2 | Witness #3 | |
|---|---|---|---|
| | | | |

### COURT USE ONLY

| District Attorney | Attorney For Defendant At Time Of Trial Or Plea | | | PRIOR CONVICTIONS | |
|---|---|---|---|---|---|
| | | ☐ Appointed  ☐ Retained  ☐ Waived | No./Level 0 | ☐ I (0)  ☐ II (1-4)  ☐ III (5+) | |

PLEA: ☐ guilty/resp.   ☐ no contest _____  VERDICT/  ☐ guilty/resp. _____   M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty/resp.   ☐ no contest _____  PENDING: ☐ guilty/resp. _____   M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty/resp. _____   ☐ not guilty/resp. _____   ☐ V/D _____

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict/finding, it is ORDERED that the defendant:
☐ pay costs and a fine/penalty of $ _____  ☐ be imprisoned for a term of _____ days in custody of the sheriff. Pretrial credit _____ days served.  ☐ The Court finds that a
☐ longer ☐ shorter period of probation than specified in G.S. 15A-1343.2(d) is necessary. ☐ Execution of sentence is suspended and the defendant is placed on unsupervised probation for
_____ months, subject to the regular conditions of probation and the following:  ☐ (1) pay costs and a fine/penalty of $ _____  ☐ (2) not operate a motor vehicle until properly licensed by DMV.
☐ (3) complete _____ hours of community service within _____ days and pay the fee.  ☐ (4) Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs. ☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____  ☐ The Court finds just cause to waive costs as ordered on attached ☐ AOC-CR-618. ☐ Other: _____
COMMITMENT: It is ORDERED that the Clerk deliver two (2) certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve
the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.
☐ The defendant in open court gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows: _____

| Date | Signature Of District Court Judge | I certify that this Judgment is a true copy. | Date | Signature Of Deputy/Assistant/CSC |
|---|---|---|---|---|
| | | | | |

AOC-CR-500 (eCITATION®), Rev. 12/12 (Structured Sentencing), © 2012 Administrative Office of the Courts